Case 4:21-cv-02612   Document 46   Filed on 03/25/22 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
March 25, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VIACOM INTERNATIONAL INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-21-2612 |
| | § | |
| PIXI UNIVERSAL, LLC d/b/a | § | |
| KEFI HTX and SANJU CHAND, | § | |
| | § | |
| Defendants. | § | |

### ORDER OF PRELIMINARY INJUNCTION

Based upon the Findings of Fact, Conclusions of Law, and Order Granting Motion for Preliminary Injunction separately signed this day, it is

ORDERED that Defendants Pixi Universal, LLC d/b/a Kefi HTX and Sanju Chand are immediately and preliminarily enjoined from engaging in any of the following acts:

1. Reproducing, distributing, performing, publicly displaying, or making into derivative works any of the copyrighted SpongeBob SquarePants franchise works for which Viacom owns over 400 copyright registrations, including motion pictures, character designs, character names, and artwork;

2. Using the mark KRUSTY KRAB, or any confusingly similar variation(s) thereof, including "Rusty Krab," "The Rusty Krab," and "The Rusty Krab Experience," in connection with the

distribution, sale, offer for sale, marketing, promotion, or advertisement of any of Defendants' goods or services, including but not limited to the promotion and operation of their Houston pop-up restaurant called "The Rusty Krab."

3. Aiding, abetting, assisting in, requesting, or inducing the engagement in any of the foregoing acts by any third party. It is further

ORDERED that as a condition for issuance of this Writ of Injunction Plaintiff shall post with the Clerk of Court a bond in favor of Defendants in the amount of $100.00, conditioned and with surety as provided by law.  It is further

ORDERED that this Preliminary Injunction shall continue in full force and effect until the trial of this case or until further Order of the Court; and is binding upon Defendants, their agents, employees, servants, and all others acting in concert with them who have notice of this Order.

It is SO ORDERED.

The Clerk will enter this Order and provide a correct copy to all parties.

SIGNED at Houston, Texas, on this 25TH day of March, 2022.

*Ewing Werlein, Jr.*
EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE