United States District Court
Southern District of Texas
**ENTERED**
June 08, 2022
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| VIACOM INTERNATIONAL INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Case No. 4:21-cv-02612 |
| | § | |
| PIXI UNIVERSAL, LLC D/B/A KEFI HTX, | § | |
| and SANJU CHAND, | § | |
| | § | |
| Defendants. | § | |

## STIPULATED CONSENT JUDGMENT AND PERMANENT INJUNCTION

Upon consideration of the Joint Motion for Entry of Stipulated Consent Judgment and Permanent Injunction filed by Plaintiff Viacom International Inc. ("Plaintiff") and by Defendants Pixi Universal, LLC d/b/a Kefi HTX ("Pixi") and Sanju Chand ("Chand," and together with Pixi, "Defendants"), as well as all papers filed in this action, the Court hereby enters final judgment as follows:

1. Plaintiff's claims against Defendant Chand are **DISMISSED** with prejudice, but Chand is hereby bound by the terms of the injunction provided herein pursuant to Federal Rule of Civil Procedure 65(d)(2)(C).

2. Plaintiff is awarded statutory damages under the Copyright Act, 17 U.S.C. § 504(c), against Pixi in the amount of $6,000,000. Chand is not jointly and severally liable for this award.

3. Defendants shall, within ten (10) days of the entry of this Stipulated Consent Judgment and Permanent Injunction, take all reasonable steps to transfer the domain names <TheRustyKrabExperience.com> and <RustyKrabExperience.com> to Plaintiff.

4. Defendants and their respective employees, agents, servants, officers,

5

representatives, directors, attorneys, successors, affiliates, assigns, entities owned or controlled by either Defendant, and all those in active concert or participation with Defendants who have actual notice of this Order by personal service or otherwise, are immediately and permanently enjoined from engaging in any of the following acts:

  a. Reproducing, distributing, performing, publicly displaying, or making into derivative works any of the copyrighted works identified in Plaintiff's Original Complaint or the Declaration of Claudia Spinelli (attached as **Exhibit 1**), including motion pictures, character designs, character names, and artwork;

  b. Using the marks SPONGEBOB SQUAREPANTS, KRUSTY KRAB, KRABBY PATTIES, or any confusingly similar variation or colorable imitation thereof, including "Rusty Krab" and "The Rusty Krab Experience," in connection with the distribution, sale, offer for sale, marketing, promotion, or advertisement of any of Defendants' goods or services; and

  c. Aiding, abetting, assisting in, requesting, or inducing the engagement in any of the foregoing acts by any third party.

  5. All claims, defenses, and issues in this action are finally resolved by this Stipulated Consent Judgment and Permanent Injunction.

  6. All parties shall bear their own costs and fees.

  7. No security shall be required with respect to the entry of any of the provisions of this Stipulated Consent Judgment and Permanent Injunction.

8.     This Court shall retain continuing jurisdiction over the Parties and this action for purposes of enforcing or adjudicating claims of violations of this Stipulated Consent Judgment and Permanent Injunction.

**SO ORDERED** in Houston, Texas on this ___ day of _____, 2022.

_____
EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE

7

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| VIACOM INTERNATIONAL INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Case No. 4:21-cv-02612 |
| | § | |
| PIXI UNIVERSAL, LLC D/B/A KEFI HTX, | § | |
| and SANJU CHAND, | § | |
| | § | |
| Defendants. | § | |

**JOINT MOTION FOR ENTRY OF STIPULATED CONSENT JUDGMENT
AND PERMANENT INJUNCTION**

Plaintiff Viacom International Inc. ("Plaintiff"), together with Defendants Pixi Universal, LLC d/b/a Kefi HTX ("Pixi") and Sanju Chand ("Chand," and together with Pixi, "Defendants"), respectfully move for entry of the Stipulated Consent Judgment and Permanent Injunction attached as **Exhibit A**. In support of this motion, the parties show as follows:

1.      Plaintiff owns all copyrights in and to the creative works comprising the "SpongeBob SquarePants" franchise, including character names and designs from the "SpongeBob SquarePants" television series, feature films, printed materials, and musical (the "Copyrighted Works").

2.      Plaintiff owns common law and/or registered trademark rights in the marks SPONGEBOB SQUAREPANTS, KRUSTY KRAB, and KRABBY PATTIES, including Reg. Nos. 2355702, 2624278, 5414607, 5625065, 5635497, and 2900693 (the "Trademarks").

3.      Defendants own the domain names <TheRustyKrabExperience.com> and <RustyKrabExperience.com>.

4.      On August 11, 2021, Plaintiff commenced the above-captioned action (the "Action") alleging infringement of the Copyrighted Works and the Trademarks, and seeking injunctive relief and monetary remedies against Defendants.

1

5.      Pixi and Chand filed Answers to Plaintiff's Complaint on October 25 and December 10, 2021, respectively.

6.      On September 9, 2021, Plaintiff filed a motion for preliminary injunction against Defendants, who opposed the motion.

7.      Plaintiff's motion for preliminary injunction was granted on March 25, 2022.

8.      The Court has personal jurisdiction over Defendants, has subject matter jurisdiction over all claims asserted in the Action, and otherwise has jurisdiction to enter the attached Consent Judgment and Permanent Injunction.

9.      The Court has continuing jurisdiction over the parties for purposes of enforcing the Consent Judgment and Permanent Injunction. The parties knowingly and irrevocably waive any argument that venue in or jurisdiction by the Court is improper or inconvenient for such purposes.

10.     The parties agree that Chand shall be dismissed from this action and shall not be held jointly and severally liable for the monetary judgment against Pixi provided in the Stipulated Consent Judgment and Permanent Injunction, but shall be personally bound by the terms of any and all injunctive relief to be entered by this Court pursuant to Federal Rule of Civil Procedure 65(d)(2)(C).

11.     The parties waive further hearing, or findings of fact or conclusions of law, on the claims, defenses, and issues raised in the Action.

12.     The Court's entry of the Stipulated Consent Judgment and Permanent Injunction will finally resolve all claims, defenses, and issues raised in the Action.

**SO STIPULATED ON APRIL 19, 2022 BY:**

KILPATRICK TOWNSEND & STOCKTON LLP

By: _____

**Cole B. Ramey**
Attorney-in-Charge
State Bar No. 16494980
S.D. of Texas Bar No. 27727
cramey@kilpatricktownsend.com
**Christin J. Jones**
State Bar No. 24070017
S.D. of Texas Bar No. 2052810
cjones@kilpatricktownsend.com
2001 Ross Avenue, Suite 4400
Dallas, Texas 75201
Phone: (214) 922-7148
Facsimile: (214) 279-9277

**Henry Forrest Flemming, III** (admitted *pro hac vice*)
fflemming@kilpatricktownsend.com
The Grace Building
1114 Avenue of the Americas
New York, NY 10036
Phone:  (212) 775-8779
Facsimile:  (212) 775-8800

**Dennis R. Wilson** (admitted *pro hac vice*)
dwilson@kilpatricktownsend.com
1801 Century Park East, Suite 2300
Los Angeles, CA 90067
Phone: (310) 777-3735
Facsimile: (310)-388-3125

*Counsel for Plaintiff*

-and-

3

LLOYD & MOUSILLI, PLLC

By: _____

**Lema Barazi**
Attorney-in-Charge
State Bar No. 24056016
S.D. Texas Bar No. 1358290
lema@lloydmousilli.com
**Feras Mousilli**
State Bar No. 24043837
feras@lloydmousilli.com
**Elizabeth Revere**
State Bar No. 00791513
S.D. Texas Bar No. 18329
beth@lloydmousilli.com
11807 Westheimer Rd. #550 PMB 944
Houston, Texas 77077
Telephone: (512) 609-0059
Facsimile: (413) 473-6164

*Counsel for Defendants*

# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| VIACOM INTERNATIONAL INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Case No. 4:21-cv-02612 |
| | § | |
| PIXI UNIVERSAL, LLC D/B/A KEFI HTX, | § | |
| and SANJU CHAND, | § | |
| | § | |
| Defendants. | § | |

## DECLARATION OF CLAUDIA SPINELLI

I, Claudia Spinelli, declare as follows:

    1.    I am employed by Plaintiff Viacom International Inc. ("Viacom") as Senior Vice President of Animation Development, Nick Animation. I am over the age of twenty-one, I am competent to make this Declaration, and the facts set forth below are based upon my personal knowledge and my review of documents maintained in the ordinary course of business by Viacom, publicly available documents, and documents filed in this action.

    2.    Viacom is a major media company that is home to premier global media brands that create compelling television programs, motion pictures, short-form content, apps, games, consumer products, social media experiences, and other entertainment content. Viacom owns and operates a portfolio of television networks, including Nickelodeon, MTV, VH1, Comedy Central, TV Land, and CMT.

    3.    Viacom and its affiliates have licensed their trademarks for restaurants, including Bubba Gump Shrimp Co., a seafood restaurant chain inspired by the 1994 film *Forrest Gump* with dozens of locations (including two in the Houston metropolitan area), and Cheers, a pub

1

inspired by the hit television series of the same name.

**Viacom's "SpongeBob SquarePants" Franchise**

4.     In 1999, the animated television series "SpongeBob SquarePants" premiered on Nickelodeon. SpongeBob SquarePants has aired consistently and continuously on television and other platforms since 1999.

5.     The SpongeBob SquarePants television series is the most widely distributed property in Viacom history, and has been the most-watched animated series for children for at least 17 years. A true and correct copy of a Nickelodeon press release concerning the series is attached as **Exhibit 1**.

6.     For decades, the SpongeBob SquarePants entertainment property has been immensely popular among both children and adults, and it has become an extremely valuable media franchise for Viacom that includes several spin-off series, three feature films, a Tony® Award-winning Broadway musical, a comic book series, original music, video games, significant related merchandise, theme park rides, and theme hotels. Representative posters for the animated series, films, and musical appear below:

  

2

7.     The television series has won one Emmy Awards and been nominated for fourteen more, while also winning eighteen total—and thirteen straight—Kids' Choice Awards for "Favorite Cartoon." The SpongeBob SquarePants feature films, meanwhile, collectively grossed more than $470 million worldwide at the box office, and more than $250 million domestically, while Viacom spent nearly $200 million promoting them to consumers.

8.     According to Statista, a provider of market and consumer data, "SpongeBob SquarePants" was "the most in-demand TV show in the United States, with approximately 83 million average demand expressions from August 21 to 27, 2021. 'The Walking Dead' and 'My Hero Academia' ranked second and third, with 58.6 million and 51 million demand expressions, respectively." A true and correct copy of a printout from Statista.com is attached as **Exhibit 2**.

9.     SpongeBob SquarePants is primarily marketed toward children ages six and older, but given the franchise's tremendous success for more than twenty years, some of SpongeBob SquarePants' biggest fans are adults. A true and correct copy of an article from *USA Today* explaining this phenomenon is attached as **Exhibit 3**.

10.     "SpongeBob SquarePants" chronicles the nautical adventures of SpongeBob SquarePants, an incurable optimist and earnest sea sponge, and takes place in the fantastical underwater city "Bikini Bottom," located in the Pacific Ocean. As the series' opening song declares, SpongeBob SquarePants "lives in a pineapple under the sea," as shown below.

3



11.     The flowery shapes floating in the background behind SpongeBob's home in the above image are ubiquitous in Bikini Bottom and therefore appear in much of Viacom's SpongeBob SquarePants-related marketing, as shown below.

 

12.     Some additional characters in the franchise include SpongeBob SquarePants' best friend Patrick Star, Squidward Tentacles, Sandy Cheeks (who hails from Texas), Mr. Krabs, Sheldon Plankton, Mrs. Puff, and Pearl.

13.     SpongeBob SquarePants famously works as a fry cook for the "Krusty Krab," a fast-food restaurant in Bikini Bottom known for its "Krabby Patty" burgers. The Krusty Krab is so central to the SpongeBob SquarePants franchise that it has been featured heavily in more than 80% of the episodes of the animated television series, all three feature films, and the Broadway musical. For years, the Krusty Krab has been a household name, and instantly recognizable as being associated with Viacom and its SpongeBob SquarePants franchise.

14.     Images depicting the Krusty Krab restaurant and its distinctive clamshell sign, menu, and interior decor are shown below.

5

APPX 177

 



15.     Viacom has spent millions of dollars advertising, promoting, and marketing the

KRUSTY KRAB mark in connection with a variety of goods and services in the United States

and globally.

16.     *Time Magazine* named the Krusty Krab one of the eighteen most influential

fictional companies of all time. The Krusty Krab has been featured in countless other unsolicited

media, including articles, newspapers, entertainment media, and others widely available

throughout the U.S. Representative examples of such media, including the referenced *Time*

6

*Magazine* article, are attached collectively as **Exhibit 4**.

17.     In 2019, Viacom brought the Krusty Krab to life at Comic-Con International: San Diego by creating an immersive experience featuring the restaurant, the clamshell sign, the floating flower shapes, and many other indicia of the franchise, as shown below.



18.     In a famous sequence from the first season of the animated television series, viewers are informed by the "Krusty Krab Training Video" that the Krusty Krab was originally a retirement home called the "Rusty Krab," before Mr. Krabs converted it into a fast-food restaurant.

19.     When not working at the Krusty Krab, SpongeBob is often at home in his pineapple-under-the-sea, playing with his pet snail Gary, sleeping next to his giant foghorn alarm clock, or attending Ms. Puff's Boating School.

7







20.     Viacom advertises and promotes its SpongeBob SquarePants franchise through social media campaigns and on its websites, among other channels.

**Viacom's Trademark Rights**

21.     Due to the popularity of the franchise, Viacom has been able to sell or license many products bearing SpongeBob SquarePants-related trademarks, including the KRUSTY KRAB mark. Many of these products are associated with food and beverages, as shown below.

  

9



22.     Viacom and its licensees advertise and promote KRUSTY KRAB-branded products in social media campaigns, including Twitter, Facebook, and Instagram, and on licensee websites. Viacom and its affiliates also sell numerous items at SpongeBobShop.com, which includes a "Krusty Krab Shop" page, a true and correct copy of which is attached as **Exhibit 5**. Viacom's licensing regime in connection with the KRUSTY KRAB mark has generated millions of dollars for the company.

23.     Viacom has actively and successfully policed the marketplace and enforced its rights against infringers of the KRUSTY KRAB mark. *See, e.g.*, *Viacom Int'l v. IJR Cap. Investments, LLC*, 891 F.3d 178, 198 (5th Cir. 2018).

24.     Viacom is the record owner of three valid and subsisting trademark registrations for the KRUSTY KRAB mark. True and correct copies of the certificates of registration are attached collectively as **Exhibit 6**.

10

25.     Viacom also uses other trademarks in connection with the SpongeBob SquarePants franchise, including SPONGEBOB, SPONGEBOB SQUAREPANTS, and KRABBY PATTIES. Viacom is the record owner of several valid and subsisting trademark registrations for the foregoing marks. True and correct copies of the certificate of registration are attached collectively as **Exhibit 7**.

**Viacom's Copyrights**

26.     Viacom is the sole owner of all copyrights in and to the creative aspects of the SpongeBob SquarePants franchise (the "Works").

27.     Viacom owns over 400 valid copyright registrations for the Works.

28.     Representative samples of valid copyright registration certificates covering episodes from the animated television series are attached collectively as **Exhibit 8**.

29.     Representative samples of valid copyright registration certificates covering the feature films are attached collectively as **Exhibit 9.**

30.     Representative samples of valid copyright registration certificates covering two-dimensional drawings of several characters are attached collectively as **Exhibit 10.**

31.     Representative samples of valid copyright registration certificates covering stylebooks featuring extensive artwork from the franchise are attached collectively as **Exhibit 11.**

**Defendants' Conduct is Causing Viacom Severe Irreparable Harm**

32.     I have reviewed the websites, images, and consumer reviews and complaints cited in the Complaint in this action, as well as many of those cited in the Declaration of H. Forrest Flemming, III. Based on that review, as well as my extensive experience with, and knowledge of, the SpongeBob SquarePants brand and related licensing activities for many years, I believe that Defendants' alleged conduct is causing severe irreparable harm to Viacom.

11

**APPX 183**

33.     The comments made online by consumers, which comments are attached to Mr. Flemming's declaration, show that many SpongeBob SquarePants fans mistakenly believe that Defendants' "Rusty Krab" restaurant in Houston is licensed by, or otherwise affiliated with, Viacom and Nickelodeon. For consumers who have this mistaken belief, their negative feelings and attitudes towards the "Rusty Krab" will naturally also be attributed to Viacom.

34.     Viacom has spent more than twenty years carefully crafting the SpongeBob SquarePants brand and franchise, embodying it with so much goodwill that adults who watched the animated series as children still feel warmly nostalgic for, and actively engage with, the franchise. The KRUSTY KRAB and other SpongeBob-related marks therefore have significant, and immeasurable, value to Viacom and represent goodwill that Viacom has worked so hard to create among the public.

35.     Viacom has no control over Defendants or their Rusty Krab restaurant, meaning Viacom cannot control the branding messaging associated with the marks and Works Defendants have allegedly copied, nor can Viacom control the quality of the goods and services put out by Defendants. This loss of control over such valuable intellectual property is causing irreparable harm to Viacom. Left unchecked, Defendants' conduct could destroy the reputation of SpongeBob SquarePants, which Viacom has built over two generations.

36.     By way of example, Viacom carefully controls the situations in which licensees may use SpongeBob SquarePants intellectual property, and in most cases, expressly prohibits use in connection with alcoholic beverages. Defendants, on the other hand, appear to advertise the fact that they offer alcoholic beverages and stay open until 2:00 a.m. some nights, and they use SpongeBob-related images and marks to do so. Defendants even converted the Krusty Krab's famous menu design into a drink menu, posted on Defendants' websites and in the restaurant

12

itself.



37.     Defendants have even named many drinks after popular SpongeBob SquarePants

words and sayings, like "Pineapple Under the Sea," "Chum Bucket Shooter," and "I'm Ready."

38.     Viacom also carefully controls the quality of products bearing its KRUSTY

KRAB mark and other related trademarks. Consumer complaints are taken extremely seriously.

Unfortunately, it appears that numerous consumers have complained publicly that the Rusty

Krab is unsanitary and even physically unsafe for children. These and other complaints reflect

very poorly on Viacom and demonstrate the irreparable harm Viacom continues to suffer

because of Defendants' operation of the Rusty Krab.

39.     Defendants' use of copyrighted material from the SpongeBob SquarePants

franchise is also interfering with Viacom's ability to license that material to others, or to expand

into derivative markets like restaurant goods and services and live entertainment services.

Viacom's copyrights are therefore losing value in a way that would be very difficult to calculate

APPX 185

precisely.

40.     For example, because of Defendants' conduct, if Viacom were to open or license a real-life Krusty Krab restaurant—a prospect that millions of SpongeBob SquarePants fans would ordinarily relish—many consumers will have already had such an experience through Defendants' restaurant. According to the public consumer reviews, many will have had a poor experience. Defendants' customers would therefore be much less likely to spend money visiting Viacom's authorized restaurant, no matter how superior. The longer Defendants are permitted to exploit and profit from the Works in their Rusty Krab restaurant, the more consumers will be exposed to their infringement, reducing the value of the Works in that derivative market with every passing day.

        Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed: September 8, 2021

                                    By:  /s/ Claudia Spinelli_____
                                         Claudia Spinelli

APPX 186

# TAB C-1

9/2/2021        NICKELODEON'S SPONGEBOB SQUAREPANTS GETS SEASON 13 PICK UP, AS ANNIVERSARY SPECIAL SCORES DOUBLE-DIGIT GAINS BRINGING IN MORE THAN 2 MILLION T...




## NICKELODEON'S SPONGEBOB SQUAREPANTS GETS SEASON 13 PICK UP, AS ANNIVERSARY SPECIAL SCORES DOUBLE-DIGIT GAINS BRINGING IN MORE THAN 2 MILLION TOTAL VIEWERS



**NICKELODEON'S *SPONGEBOB SQUAREPANTS* GETS SEASON 13 PICK UP,**

**AS ANNIVERSARY SPECIAL SCORES DOUBLE-DIGIT GAINS BRINGING**

**IN MORE THAN 2 MILLION TOTAL VIEWERS**

**Share it: @Nickelodeon @SpongeBob #SpongeBob**

**Click** HERE **for art.**

**BURBANK, Calif.—July 16, 2019—**As Nickelodeon prepares to bring *SpongeBob SquarePants*' Bikini Bottom to life at Comic-Con International: San Diego July 18-21, 2019, the network has announced the pick up for a 13th season of the hit animated series (13 episodes).

The news comes on the heels of Nickelodeon's original live-action and animated special, "SpongeBob's Big Birthday Blowout" (Friday, July 12, at 7p.m. [ET/PT]), which drew 2.2 million total viewers in its simulcast across Nickelodeon, TeenNick and Nicktoons.

- "SpongeBob's Big Birthday Blowout" ranks as the number-one kids' program for the year and posted high triple and double-digit gains year over year with Kids 2-11 (3.3/797K, up +57%), Kids 6-11 (4.0/589K, up +82%), Tweens 9-14 (3.1/476K, up +94%) and Teens 12-17 (2.1/342K, up +133%).
- The special is also the net's highest-rated premiere with Kids 6-11 since October 2017 (*SpongeBob SquarePants* "The Legend of Boo-Kini Bottom") and the highest-rated premiere with K2-11 since February 2018.
- It also drew a broad audience, posting high double-digit, year-over-year gains with Adults 18-49 (.60/478K, up +50%).
- The special ranked as the top co-viewed animated program for the day–33% of Adults 18-49 viewed the show with a Kid 2-11.
- The anniversary special delivered the highest time shifted lifts ever for SpongeBob SquarePants with Kids 2-11, rising +51% to 1.2 million K2-11 viewers. The broad appeal of the special was evidenced by the double digit lifts

seen with Kids 6-11 (+45%), Tweens 9-14 (+36%), Teens 12-17 (+29%) and Adults 18-49 (+51%).

*SpongeBob SquarePants* season 13 will reunite original voice cast members Tom Kenny (SpongeBob SquarePants), Bill Fagerbakke (Patrick Star), Rodger Bumpass (Squidward), Clancy Brown (Mr. Krabs), Carolyn Lawrence (Sandy Cheeks) and Mr. Lawrence (Plankton), and current show runners Vince Waller and Marc Ceccarelli. *SpongeBob SquarePants* has reigned as the number-one kids' animated series on TV for the last 17 years.

"SpongeBob's Big Birthday Blowout" kicked off the 20th anniversary celebration of one of the most iconic and TV series and characters ever created. The mixed live-action and animated special, featured for the first time the celebrated voice talent behind SpongeBob, Patrick, Mr. Krabs, Sandy, Squidward and Plankton playing live-action doppelgänger versions of the animated characters they voice.  *SpongeBob SquarePants* is created by Stephen Hillenburg and produced by Nickelodeon in Burbank, Calif.

Nickelodeon, now in its 40th year, is the number-one entertainment brand for kids. It has built a diverse, global business by putting kids first in everything it does. The brand includes television programming and production in the United States and around the world, plus consumer products, digital, location based experiences, publishing and feature films. For more information or artwork, visit http://www.nickpress.com. Nickelodeon and all related titles, characters and logos are trademarks of Viacom Inc. (NASDAQ: VIA, VIAB).

### ###

**Media Contacts:**

Katelyn Balach

9/2/2021        NICKELODEON'S SPONGEBOB SQUAREPANTS GETS SEASON 13 PICK UP, AS ANNIVERSARY SPECIAL SCORES DOUBLE-DIGIT GAINS BRINGING IN MORE THAN 2 MILLION T…

Katelyn.Balach@Nick.com

# TAB C-2

TRY OUR CORPORATE SOLUTION FOR FREE!    📞 (212) 419-8286    ✉ hadley.ward@statista.com

Source: https://www.statista.com/statistics/868432/most-in-demand-digital-original-shows-us/

**Most in-demand TV shows in the U.S. August 2021**

Published by Julia Stoll , Aug 31, 2021

'Spongebob Squarepants' was the most in-demand TV show in the United States, with approximately 83 million average demand expressions from August 21 to 27, 2021. 'The Walking Dead' and 'My Hero Academia' ranked second and third, with 58.6 and 51 million average demand expressions, respectively.

**Most popular television shows based on audience demand in the United States from August 21 to 27, 2021**
*(in million average demand expressions)*

**APPX 193**

9/2/2021



• Most in-demand TV shows in the U.S. 2021 | Statista

**ⓘ** Additional Information

© Statista 2021 🏳

Show source **ⓘ**

**Source**

→ Show sources information → Show publisher information

**IN COOPERATION WITH**



**Release date**
August 2021

**Region**
United States

**Survey time period**
August 21 to 27, 2021

**Supplementary notes**
*Parrot Analytics defines demand expressions as follows: "The total
audience demand being expressed for a title, within a market.
Audience demand reflects the desire, engagement and viewership,
weighted by importance; so a stream/download is a higher expression
of demand than a 'like'/comment."

Figures have been rounded.

9/2/2021 • Most in-demand TV shows in the U.S. 2021 | Statista

.

**APPX 195**

# TAB C-3

8/11/2021



**TV**

# Why, 20 years later, 'SpongeBob SquarePants' endures as one of the best kids' shows around

**Kelly Lawler** USA TODAY
Published 7:11 a.m. ET May 1, 2019 | Updated 3:27 p.m. ET May 1, 2019

Twenty years later, that pineapple under the sea is still pretty fresh.

Hard as it is for the millennials who grew up watching to believe, "SpongeBob SquarePants" turns 20 on Wednesday. The beloved Nickelodeon show premiered May 1, 1999, and quickly became a pop-culture institution that shaped a generation of humor and remains relevant even into its original viewers' adulthood.

Although children's TV can be formative, few series have echoed the cultural footprint of "SpongeBob," which spawned a (short-lived) Broadway musical, two feature films (a third is due in 2020), comic books, video games, theme-park rides and even a wax figure at Madame Tussaud's.

Its anniversary will be celebrated this summer on Nick with "SpongeBob's Big Birthday Blowout," a new special mixing live action and animation and featuring the cartoon's voice cast playing human versions of SpongeBob, Patrick, Mr. Krabs, Sandy, Squidward and others.

But how, exactly, did an anthropomorphic sponge, a lazy starfish, a greedy fast-food restaurant-owning crab, a squirrel and a fastidious squid become cultural icons?

For folks in their late 20s and early thirties who were among the first "SpongeBob" viewers, the cartoon series earned a dedicated following by treating the kids who watched it as adults.

https://www.usatoday.com/story/life/tv/2019/05/01/spongebob-squarepants-20th-anniversary-why-kids-show-endures/3585581002/

APPX 197

Nothing about "SpongeBob" is ever cutesy or condescending. Its characters are adults, if a little juvenile in their behavior. And "SpongeBob" makes adulthood seem fun and appealing. Its version is what kids themselves would dream up: Working at your favorite place, hanging out with your friends all the time and living in a cool pad with your pet. Even if it's underwater.

The series also gets in plenty of digs in at the worst part of growing up: Losing your sense of fun. Its main antagonist, Squidward, is a straight-laced rule follower who is always trying to bring SpongeBob's carefree attitude down.

SpongeBob's surrealist, odd sense of humor was far ahead of its time. Videos and screenshots from years-old episodes proliferate modern meme culture. It's harder to express your feelings better now than "SpongeBob" did then.

When you revisit famous episodes, it's easy to see the show's quiet brilliance (its running "my leg!" gag never gets old). The comedy ranges from fart jokes to dark capitalist satire.

"SpongeBob" finds nearly as much time for sophisticated parody as animated peers "The Simpsons" and "Family Guy" (which premiered  four months before "SpongeBob"), even though it is aimed at a considerably younger audience. It boasts a brilliant superhero gag in recurring characters Mermaid Man and Barnacle Boy, and makes endless allusions, from Edgar Allen Poe to "Kill Bill." Writers – including series creator Steven Hillenburg, who died last year – were never afraid to be strange, loud and daring.

A few years ago, Gen Xers had their heyday of nostalgia when childhood cartoons such as "Transformers" and "G.I. Joe" were rebooted as big-budget films. The "SpongeBob" anniversary comes as millennial nostalgia is starting to take over (just look at all those 2000s fashion trends coming back). Thankfully, the little sponge has never gotten a gritty, PG-13 reboot, and probably never will.

The brilliance of "SpongeBob" is that it appeals to both kids and adults just the way it is: Peppy, a little grating and totally bizarre.

**APPX 198**

# TAB C-4

**LABOR DAY SALE. $15 FOR 1 YEAR**

( SUBSCRIBE NOW )

✕

TIME

# The 18 Most Influential Fake Companies of All Time



BY **ALEX FITZPATRICK** , **LISA EADICICCO** , **MATT PECKHAM** , **JOHN PATRICK PULLEN** , **SARAH BEGLEY** AND **DANIEL D'ADDARIO**

JUNE 2, 2016 12:45 PM EDT

## The Most Influential Fake Companies of All Time

**LABOR DAY SALE. $15 FOR 1 YEAR**                                                   ✕

**SUBSCRIBE NOW**



The world's corporate powers wield a tremendous amount of influence on our daily lives. They largely determine which products or services we buy, they pressure lawmakers to pass favorable bills, and their missteps can have lasting consequences for anybody depending on the health of the global economy (which is pretty much all of us).

But does a company need to be real to be influential? Not really. From Acme Corp. to Stark Industries, fictional companies often reach out from imaginary universes to touch the real world, if only our conception of it. Here is TIME's list of the most important companies that don't actually exist. This list was assembled and deliberated on at length by TIME's technology, business and culture teams. What did we miss?



**Subscribe to TIME**  →

## The Leadership Brief.

Conversations with the most influential leaders in business and tech.

Enter your email address

**LABOR DAY SALE: $15 FOR**
**SIGN UP NOW 1 YEAR**

SUBSCRIBE NOW

You can unsubscribe at any time. By signing up you are agreeing to our Terms of Service and Privacy Policy. This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

**Write to** Matt Peckham at matt.peckham@time.com.

## 1  Wonka Industries



Few companies real or fictional have been able to evoke as much curiosity and fascination as Wonka Industries, the subject of Roald Dahl's book, *Charlie and the Chocolate Factory*, from which the 1971 film was adapted. The factory became so iconic that Wonka-branded candy began to hit real store shelves soon after the movie's release. Nestle acquired the Willy Wonka brand in 1988, and it still sells popular

candies such as Nerds, Sweetarts, Runts, and Everlasting Gobstoppers under the name   ✕
today.

LABOR DAY SALE. $15 FOR
1 YEAR

SUBSCRIBE NOW

Advertisement

## 2  Acme Corp.



Producing everything from anvils to x-ray machines (with jet-propelled pogo sticks in between), this conglomerate within the Looney Tunes universe was hugely influential in the world of cartoons, as its owner Marvin Acme also owned Toontown, a suburb of Los Angeles where animated characters lived. Apocryphally an anagram for A Company that Makes Everything, Acme got its name because it's typically the first company mentioned in the telephone directory for any kind of listing: auto mechanics, plumbers, pharmacies, et cetera. That lesson stuck with Amazon CEO Jeff Bezos: Originally named Cadabra, Bezos changed the name of his online store to Amazon before it launched in part because it would appear at the top of then-alphabetical online search listings.

## 3  Stark Industries

LABOR DAY SALE. $15 FOR 1 YEAR

✕



Owned and operated by Tony Stark (a.k.a. Iron Man), Stark Industries is among the foremost corporate powers in the Marvel comic universe. While originally a major weapons vendor, Stark later focused the company's efforts on world-saving projects, like clean energy. That has led observers to connect Stark with Elon Musk, the real-world billionaire working on electric cars, space exploration and solar energy initiatives. (Actor Robert Downey, Jr., who plays Iron Man in the Marvel films, has said he modeled his performance on Musk.)

Advertisement

## 4  Ollivander's Wand Shop



Since 382 B.C., Ollivanders wand shop has ranked among the best wandmakers in the wizarding world of J.K. Rowling. Indeed, the most powerful wands in the *Harry Potter* series were purchased at the shop in Diagon Alley. The shop does good business in the real world, too: Visitors to the outpost at Universal Studios in Orlando can purchase replicas of their favorite characters' wands.

Advertisement

## 5  Gekko & Co

✕



Laying waste to enemies and allies alike, *Wall Street*'s Gordon Gekko epitomized the stereotypical 1980s pecuniary sociopath. As the CEO of fictional Wall Street firm Gekko & Co., Michael Douglas' performance was so powerfully icky (he won a best actor Oscar) that he was asked at a 2008 United Nations gathering whether his character bore any responsibility for the global financial collapse. His famous "greed is good" speech from the film was reportedly inspired by an actual Wall Street arbitrageur's own paean to avarice.

Advertisement

## 6  Wayne Enterprises



Let us be clear: Without Wayne Enterprises, there could be no Batman. A massive conglomerate in the D.C. comics universe, Wayne Enterprises' profits and R&D work make possible the nocturnal crime-fighting activity of one Bruce Wanye, a.k.a. Batman, the company's owner. That the company essentially gave rise to Gotham City means it should probably earn royalties every time you refer to the real-world New York as such.

Advertisement

## 7  Cyberdyne Systems



If you have ever jokingly referred to search giant Google as "Skynet," you owe credit to Cyberdyne Systems. Set in the Terminator universe, the company created self-aware artificial intelligence intelligence software that plunged the world into warfare between man and machine. Perhaps anticipating the correlation, Google's semi-official motto was once "Don't Be Evil."

Advertisement

## 8  Cheers



In the real world, people tend to look at bar work as a stepping stone to bigger and better things. And it's arguable that *Cheers* did that not only for the actors invovled (Kelsey Grammar, Woody Harrelson, and Ted Danson, among the standouts), but also for other shows that came after. (Spinoff *Frasier* enjoyed an eleven season run.) The live-recorded show established Thursday nights as the time for must-see TV, and it provided a template both for the odd ensemble casts (*Seinfeld*) and hang-out sets (Central Perk in *Friends* and McSorley's in *How I Met Your Mother*) that would follow. In the real-world, Cheers helped define Boston's late '80s identity. As a result, The Bull and Finch Pub, the bar that *Cheers* was modeled on and has since adopted the more famous name, is one of the city's most popular destinations. It makes sense. You want to go where everybody knows your name.

Advertisement

## 9   Genco Pura Olive Oil Company



The front company formed by *The Godfather*'s Vito Corleone in the 1920s, named after consigliere Genco Abbandando and headquartered on Mott Street in Little Italy, grew to become the largest olive-oil importer in the U.S. The fictional firm introduced Americans to the organizational structure of the mafia, with its emphasis on familial fealty, the Italian custom of *raccomandazioni,* or political favor for favors, and recourse to extra-legal justice for immigrants when all higher authority was inaccessible or corrupt. (The also fictional Olive Oil Wars for control of New York crime in the *Godfather* universe were based on the real-world Castellammarese War for underworld supremacy in the 1930s.) Genco's influence stems from uncovering—and lionizing—a profitable alternative to the Protestant work ethic.

Advertisement

## 10  *The New York Inquirer*



"You provide the prose poems," bellows Orson Welles' Charles Foster Kane, combining both the fantastical hubris and real power of turn-of-the-century press barons, "I'll provide the war." Welles and co-screenwriter Herman Jacob Mankiewicz created *Kane* in 1941 by amalgamating the traits of a uniquely American species of media magnate including Joseph Pulitzer, Herbert Bayard Swope and, most of all, William Randolph Hearst, who like the film's protagonist ended up in self-imposed, palatial exile. It seems no accident the most influential film in American history traces the life of a business tycoon—one who generated fabulous wealth by combining arriviste entrepreneurship with mass culture (and who was ultimately done in by a financial crisis). No surprise either that semi-fictional accounts of the billionaires of subsequent ages—*Wall Street*'s Gordon Gecko, *The Social Network*'s Mark Zuckerberg—have all had a Wellesian cast no matter what business they dominated.

Advertisement

**LABOR DAY SALE: $15 FOR 1 YEAR**

SUBSCRIBE NOW

×

## 11  Duff Beer



Essentially the Budweiser of *The Simpsons* universe, Duff Beer is everyman Homer Simpson's brew of choice — he once famously proclaimed alcohol to be "the cause of, and the solution to, all of life's problems." But Duff Beer's popularity extends well beyond Springfield. Numerous lawsuits have been filed against companies that have attempted to market a real-life version of "that wonderful Duff!" It wasn't until last 2015 that 21st Century Fox announced plans to bring an officially licensed version of the much sought-after beverage to South America.

Advertisement

## 12  Bubba Gump

**LABOR DAY SALE. $15 FOR 1 YEAR**

SUBSCRIBE NOW

✕



Life may not be like a box of shrimp, but it's sometimes like a film studio turning an iconic movie locale into an internationally successful chain of seafood restaurants. Half-named after the eponymous protagonist of 1994 dramedy *Forrest Gump*, the fictional Bubba Gump Shrimp Company makes Tom Hanks' character rich. The real world franchise opened in 1996, and lets you signal waiters with signs that read "Run Forrest Run" and "Stop Forrest Stop."

Advertisement

## 13  Olivia Pope & Associates



Olivia Pope & Associates is, within the world of *Scandal*, truly in a class by itself. It has no meaningful competitor, unless one counts the truth. Run by Pope herself, the company uses assets from surveillance expertise to a wetwork expert to cover up the deeds of the misbehaving, seek justice for the mistreated, and above all to ensure the stability of President Fitzgerald Grant's administration. Pope, who was crucial in the vote-rigging operation that stole the presidency for Grant, continues to pursue expansion opportunities for O.P.A.: She's currently bringing years of experience in crisis management to bear on the presidential campaign of Grant's ex-wife. The firm affords a look at the very real, very shady organizations we all suspect are pulling strings behind the scene.

Advertisement

## 14  Krusty Krab



This underwater fast food joint is the centerpiece of *Spongebob Squarepants*, one of TV's most popular children's cartoons ever since its 1999 debut. Three of the show's main characters (the always-chipper Spongebob, the down-on-his-luck Squidward, and the penny-pinching Mr. Krabs) work at the restaurant, making it the backdrop for most of the series' most popular episodes. The fictional eatery even inspired several real-life establishments — a lawsuit from Nickelodeon parent company Viacom shuttered one replica in Houston.

Advertisement

## 15  Sterling Cooper



Though the Madison Avenue ad agency has its ups and downs over the course of *Mad Men* (it goes through several iterations, including Sterling Cooper Draper Price and Sterling Cooper & Partners), it's plucky enough to get top clients like Chevrolet, Playtex and Kodak. The agency proved powerful in the real world, too: a plot point featuring Pond's, for instance, lured Unilever into creating themed ads to run alongside the AMC program.

Advertisement

## 16  Soylent



"You tell everybody ... You've gotta tell them!" warns Charlton Heston's harried detective Thorn in 1973 ecological parable *Soylent Green*. In the film, set in the early 21st century after humans have all but destroyed the planet, the Soylent Corporation distributes "Soylent Green" wafers to keep the populace fed and docile. Anyone who's seen the film and discovered what those wafers were in fact made of has doubtless thought twice before tearing into an energy bar.

Advertisement

## 17  Hooli



The advertising industry has *Mad Men.* Medical workers have *House* and *ER* and *Scrubs.* As of 2014, the tech industry finally has a series that accurately reflects (and pokes fun at) the struggles of making it big in Silicon Valley. Hooli is the Google-esque conglomerate from the HBO series *Silicon Valley.* Protagonist Richard Hendricks works there before leaving to start his own company, Pied Piper. Hooli's depiction of corporate Silicon Valley is so accurate that Google even acknowledged it in an Easter egg last August.

Advertisement

## 18  Good Burger

9/3/21, 12:53 PM                    The 18 Most Influential Fake Companies in the World | Time



LABOR DAY SALE. $15 FOR 1 YEAR

"Welcome to Good Burger, home of the Good Burger. Can I take your order?" That tagline is still buried inside the minds of millennials across America. Memorable skits like Good Burger on Nickelodeon's *All That* introduced sketch comedy to an audience too young for the more mature humor on *Saturday Night Live* or *Mad TV* at the time. Britney Spears and Shaquille O'Neal are among Good Burger's most famous patrons.

**The New York Times**    https://www.nytimes.com/2004/11/19/movies/absorbency-plus-frivolity-a-blend-the-world-needs.html

**FILM REVIEW**

# *Absorbency Plus Frivolity, a Blend the World Needs*

**By A. O. Scott**

Nov. 19, 2004

In the wake of the recent election, there's been some talk of healing, but until today no single figure has emerged with the capacity to repair the deep fissures in the body politic. We are so hung up on blue states and red states that our only hope may lie in the primary color that has been left off the map. We need something -- or someone -- yellow, and also absorbent and porous enough to soak up the ill will and scrub away the lingering bad feelings.

Now more than ever, the country needs SpongeBob SquarePants, and starting today, in theaters everywhere, he answers the call, with a big-screen rendition of the nautical nonsense that has been delighting Nickelodeon viewers -- including a great many grown-ups without the alibi of children -- for the past five years.

If SpongeBob's nautical nonsense, the brainchild of Stephen Hillenburg, is generally not something you wish, then you may find the 88 minutes of "The SpongeBob SquarePants Movie" unbearable in their aggressive, puerile whimsy. True aficionados, on the other hand, will leave wanting more. This is the only time I can recall hearing my own children, who have lately traded in animated Nickelodeon shows for the more sophisticated tweener live-action fare on the Disney Channel, complain that a movie was too short. They had a point: inserting SpongeBob (Tom Kenny) and Patrick, his loyal, oafish pink starfish pal (Bill Fagerbakke), into a feature-length quest narrative leaves you wanting more because the movie lacks the density of the television episodes, around seven of which would fit comfortably inside it.

It's also true that Mr. Hillenburg's distinctive animating style, whose flat, static backgrounds are appropriately stylized for television -- like the Flintstones' Bedrock submerged under hallucinogen-laced water -- looks a little tacky and flimsy when blown up to multiplex scale. But this is a quibble.

The loud, silly innocence of Mr. Hillenburg's imaginary world, where double entendres seem to bubble up and dissipate faster than you can catch them, is a welcome antidote to the self-seriousness and brutality that rule so much of the popular culture. A few perfunctory speeches about being yourself are tacked on at the end (who else could SpongeBob possibly be?), but the movie insists upon no important lessons, which is a relief.

Yet the lack of preachiness doesn't mean that "SpongeBob SquarePants," which Mr. Hillenberg wrote with a gaggle of collaborators, is cynical or neutral. There is a bad guy: a tiny, green, one-eyed failed restaurateur named Plankton (Mr. Lawrence), whose rivalry with Mr. Krabs (Clancy Brown), owner of the Krusty Krab, where our hero mans the grill, grows into a full-scale scheme for world domination. This involves the theft of King Neptune's crown, which SpongeBob and Patrick, urged on by the king's sensible daughter, Mindy, set off to retrieve. Along the way they encounter various dangers, which they manage to surmount through the power of sheer unembarrassed goofiness.

The movie itself triumphs by similar means; it is a marvel of unleashed childishness, like a birthday party on the edge of spinning out of control. The familiar voices from the television show are bolstered by a smattering of movie and television stars, including Jeffrey Tambor as the King, Alec Baldwin as a tough guy for hire named Dennis, and Scarlett Johansson as Mindy (no wonder Patrick has such a crush on her). I was sorry to see my favorite secondary characters, Squidward, Sandy the Squirrel and Mrs. Puff, pushed to the margins, but my TiVo has enough memory to make up the deficit.

The film's appeal, along with what you might call its moral, lies in the close fit between Mr. Hillenburg's brightly colored, daftly inventive approach to animation and storytelling and the buoyant, grating good cheer of his hero. In the course of his journey, SpongeBob tries on several occasions to prove his manhood, and in each case succeeds in proving the opposite. His unembarrassed embrace of his own immaturity may make some parents uncomfortable even as it explains SpongeBob's appeal to grown-up slackers and misfits; he indulges our juvenile instincts rather than pushing us or our children toward anything resembling responsibility.

This regression comes as something of a relief, because it offers both a flight from the burdens of maturity and an alternative to angry, aggressive forms of immaturity that dominate movies, television and video games. SpongeBob is weak, indecisive and easy to ridicule, but he is also loyal, decent and optimistic (and always neatly dressed) -- a walking, singing reproof to the glowering, vengeance-seeking macho types who hog all the attention. If you're tired of their bluster and swagger, SpongeBob is your man.

"The SpongeBob SquarePants Movie" is rated PG (Parental guidance suggested) for some mild, crude humor.

'The SpongeBob SquarePants Movie' Opens nationwide today.

Directed by Stephen Hillenburg; written by Derek Drymon, Tim Hill, Mr. Hillenburg, Kent Osborne, Aaron Springer and Paul Tibbitt, based on a story and the series created by Mr. Hillenburg; director of photography, Jerzy Zielinski; edited by Lynn Hobson; music by Gregor Narholz; production designer, Nick Jennings; produced by Mr. Hillenburg and Julia Pistor; released by Paramount Pictures. Running time: 88 minutes. This film is rated PG.

WITH THE VOICES OF: Tom Kenny (SpongeBob), Clancy Brown (Mr. Krabs), Rodger Bumpass (Squidward), Bill Fagerbakke (Patrick Star), Mr. Lawrence (Plankton), Jill Talley (Karen the Computer Wife), Carolyn Lawrence (Sandy), Mary Jo Catlett (Mrs. Puff), Jeffrey Tambor (King Neptune), Scarlett Johansson (Mindy), Alec Baldwin (Dennis) and David Hasselhoff (Himself).

A version of this article appears in print on , Section E, Page 1 of the National edition with the headline: FILM REVIEW; Absorbency Plus Frivolity, A Blend the World Needs

9/3/21, 12:59 PM                    'SpongeBob Squarepants' 20th anniversary special has human Krusty Krab



TV

# Incredibly sweet 'SpongeBob Squarepants' 20th anniversary special has a human Krusty Krab

**Kelly Lawler** USA TODAY

Published 12:55 p.m. ET Jul. 12, 2019 | **Updated 10:47 a.m. ET Jul. 15, 2019**

SpongeBob is 20 years old, but he's still as sweet and naïve as ever.

Nickelodeon is celebrating the 20th anniversary of "SpongeBob Squarepants" with the delightful and adorable "SpongeBob's Big Birthday Blowout," an hourlong special airing Friday (7 EDT/PDT) that mixes the animated fun of Bikini Bottom with live-action appearances by the voice actors who have been behind SpongeBob, Squidward, Patrick, Mr. Krabs, Sandy and Plankton for all these years.

"Birthday" centers on SpongeBob's (Tom Kenny) birthday (although the age of the child-like sponge is kept cheekily secret), as Sandy (Carolyn Lawrence), Mr. Krabs (Clancy Brown), Patrick (Bill Fagerbakke), Squidward (Rodger Bumpass), Plankton (Mr. Lawrence) and the rest of the sponge's friends attempt to throw him a surprise party. Patrick is tasked with distracting his best friend, and the duo head on a tour of "Surface Land," where they run into David Hasselhoff (a longstanding "SpongeBob" tradition), scary "pie dragons" (dogs) and the "Trusty Slab," a burger joint with a greedy owner, a bored cashier and an over-eager fry cook. Sound familiar?

Just like many other anniversary specials, "Birthday" is full of celebrity cameos (look out for Tiffany Haddish and Sigourney Weaver) and tributes to the series' history and its creator Stephen Hillenburg, who died in 2018. There are throwbacks and in-jokes aplenty for longtime "SpongeBob" fans or even casual viewers  who last watched it a decade ago (the iconic "my leg," of course, is featured).

But the sweetest part of the hour is the "Trusty Slab," where the voice actors appear onscreen as human versions of their Bikini Bottom characters, providing faces to the unbelievable

APPX. 223

work they've done for two decades. It's a short gimmick that may go over the heads of the youngest viewers, but it's touching for anyone in on the joke.

**SpongeBob forever:** Why, 20 years later, 'SpongeBob SquarePants' endures as one of the best kids' shows around

The special is further proof that "SpongeBob" has incredible longevity. The series feels just as smart and vital as it did when I was a kid. And as long as the actors stick around, it could go on for 20 more years.



**TV**

# Why, 20 years later, 'SpongeBob SquarePants' endures as one of the best kids' shows around

**Kelly Lawler** USA TODAY

Published 7:11 a.m. ET May 1, 2019 | **Updated 3:27 p.m. ET May 1, 2019**

Twenty years later, that pineapple under the sea is still pretty fresh.

Hard as it is for the millennials who grew up watching to believe, "SpongeBob SquarePants" turns 20 on Wednesday. The beloved Nickelodeon show premiered May 1, 1999, and quickly became a pop-culture institution that shaped a generation of humor and remains relevant even into its original viewers' adulthood.

Although children's TV can be formative, few series have echoed the cultural footprint of "SpongeBob," which spawned a (short-lived) Broadway musical, two feature films (a third is due in 2020), comic books, video games, theme-park rides and even a wax figure at Madame Tussaud's.

Its anniversary will be celebrated this summer on Nick with "SpongeBob's Big Birthday Blowout," a new special mixing live action and animation and featuring the cartoon's voice cast playing human versions of SpongeBob, Patrick, Mr. Krabs, Sandy, Squidward and others.

But how, exactly, did an anthropomorphic sponge, a lazy starfish, a greedy fast-food restaurant-owning crab, a squirrel and a fastidious squid become cultural icons?

For folks in their late 20s and early thirties who were among the first "SpongeBob" viewers, the cartoon series earned a dedicated following by treating the kids who watched it as adults.

Nothing about "SpongeBob" is ever cutesy or condescending. Its characters are adults, if a little juvenile in their behavior. And "SpongeBob" makes adulthood seem fun and appealing. Its version is what kids themselves would dream up: Working at your favorite

place, hanging out with your friends all the time and living in a cool pad with your pet. Even if it's underwater.

The series also gets in plenty of digs in at the worst part of growing up: Losing your sense of fun. Its main antagonist, Squidward, is a straight-laced rule follower who is always trying to bring SpongeBob's carefree attitude down.

SpongeBob's surrealist, odd sense of humor was far ahead of its time. Videos and screenshots from years-old episodes proliferate modern meme culture. It's harder to express your feelings better now than "SpongeBob" did then.

When you revisit famous episodes, it's easy to see the show's quiet brilliance (its running "my leg!" gag never gets old). The comedy ranges from fart jokes to dark capitalist satire.

"SpongeBob" finds nearly as much time for sophisticated parody as animated peers "The Simpsons" and "Family Guy" (which premiered  four months before "SpongeBob"), even though it is aimed at a considerably younger audience. It boasts a brilliant superhero gag in recurring characters Mermaid Man and Barnacle Boy, and makes endless allusions, from Edgar Allen Poe to "Kill Bill." Writers – including series creator Steven Hillenburg, who died last year – were never afraid to be strange, loud and daring.

A few years ago, Gen Xers had their heyday of nostalgia when childhood cartoons such as "Transformers" and "G.I. Joe" were rebooted as big-budget films. The "SpongeBob" anniversary comes as millennial nostalgia is starting to take over (just look at all those 2000s fashion trends coming back). Thankfully, the little sponge has never gotten a gritty, PG-13 reboot, and probably never will.

The brilliance of "SpongeBob" is that it appeals to both kids and adults just the way it is: Peppy, a little grating and totally bizarre.

SpongeBob keeps claim to Krusty Krab, federal judge rules

S

Subscribe    Sign In 

---

**Most Popular**

1. The pandemic's next stage is endemic COVID, expert says

2. UH expected to make leap to Big 12

3. Poll finds highest-ever disapproval rating for Texas Gov. Greg...

4. Free traff

LOCAL // HOUSTON

# SpongeBob keeps claim to Krusty Krab, federal judge rules

Federal judge grants cease-and-desist order on restaurant chain using trademarked name



**Keri Blakinger**
Updated: Jan. 16, 2017 10:13 p.m.

○ ○ ○ |





The Ice Land Ice Sculptures with SpongeBob Squarepants at Moody Gardens included the Krusty Krab in 2015.
Moody Gardens

Who lives in a pineapple under the sea? Not this company.

Houston-based IJR Capital Investments ended up on the sinking side of a trademark lawsuit over a proposed restaurant with the same name as a famous fictional greasy spoon featured in the popular kids' show "SpongeBob SquarePants."

**ADVERTISEMENT**
Article continues below this ad

The nautical mess started after IJR applied to trademark Krusty Krab restaurant in 2014, with locations slated to open in Kemah and Los Angeles.

**SALE! $3 for 3 Months** | Get Digital Access Today

But the Krusty Krab has long been a staple of Bikini Bottom lore, a place where the

beloved porous, yellow title character and his bitter buddy Squidward hung out in more than 200 episodes.

## 'Consumer confusion'

Viacom International, which owns Nickelodeon, took issue with the encroaching crustacean-inspired culinary offering but, as it turned out, the media conglomerate hadn't specifically trademarked Krusty Krab.

Nonetheless, in 2015, Viacom sent IJR a cease-and-desist letter. But the maritime-minded investment group refused to stop using its controversial name, disputing Viacom's allegation of possible "consumer confusion," according to court papers.

**ADVERTISEMENT**
Article continues below this ad

In response, Viacom launched a lawsuit in January 2016, splashing IJR with nine claims including trademark infringement, false designation, unfair competition and refusal of recognition.

Eventually, Viacom moved for summary judgment on eight of those claims and, on Wednesday, a federal judge in Houston found IJR in violation of trademark

Wednesday, a federal judge in Houston found IJR in violation of trademark infringement in a ruling that included at least one tongue-in-cheek "SpongeBob" reference in a footnote.

## A judge's humor

"On the balance, the court finds that Viacom has presented compelling evidence that there is a likelihood of confusion between Viacom's and IJR's marks," U.S. District

Court Judge Gray H. Miller wrote in his decision, citing the similarly distinctive spelling of the fictional and would-be real establishments.

"In response to IJR counsel's remarks at the hearing that IJR's spelling of 'The Krusty Krab' is because Ks are prettier than Cs, the court believes that Cs can be as aesthetically pleasing as Ks," Miller added in a footnote.

**ADVERTISEMENT**
Article continues below this ad

In another footnote, the judge observed that SpongeBob's reaction to parts of the decision not favorable to Viacom might be, "Aw, tartar sauce!"

The judge did not rule in Viacom's favor on the dilution, false designation, unfair

competition and refusal of registration claims.

A lawyer for IJR declined a request for comment, but they may still be a little salty about the suit's outcome.

## Sign up for Breaking News alerts

Get email alerts on the biggest stories in Houston

**Email**

SIGN UP

By signing up, you agree to our Terms of use and acknowledge that your information will be used as described in our Privacy Policy.

Written By
**Keri Blakinger**

Keri Blakinger covered breaking news, prisons and the death penalty. She was hired at the Houston Chronicle through the Hearst Fellows program. She graduated from Cornell University and covered county and town government at the Ithaca Times before moving to breaking news at the New York Daily News. After three years at the Chronicle, she moved to The Marshall Project.

VIEW COMMENTS

INTERACTIVE

Your guide to Houston's most popular towns and neighborhoods

Whether you're moving to Houston or looking for a new home in another part of the area, our easy-to-use guide will help you navigate some of the most popular housing markets in the region.





**npr**                                                                        DONATE

REVIEW   MOVIE REVIEWS

# Second 'SpongeBob' Movie Is A Nonsensical, Loud, Choppy Triumph

February 6, 2015 · 1:18 PM ET
Heard on Fresh Air

DAVID EDELSTEIN

**6-Minute Listen**                                           PLAYLIST   Download

                                                                        Transcript

*The SpongeBob Movie: Sponge Out of Water* is visually an eyesore — a kaleidoscope of bright, mismatched colors, and in 3-D to make your headache stronger. The movie makers hit the bull's-eye.

DAVID BIANCULLI, HOST:

This is FRESH AIR. In 1999, Nickelodeon launched the cartoon series "SpongeBob SquarePants," created by animator and former marine biologist, Stephen Hillenburg. The sea sponge, and his starfish, squid, snail and other friends, have now appeared in over a hundred shorts and two feature films. The second, "The SpongeBob Movie: Sponge Out Of Water," opens this week. Film critic David Edelstein plunged in eagerly and has this review.

DAVID EDELSTEIN, BYLINE: A decade ago, I got a dream newspaper assignment to fly to LA and talk to Stephen Hillenburg and his colleagues about turning their Nickelodeon smash, "SpongeBob SquarePants," into a feature film. On TV, the "SpongeBob" cartoons were 11 minutes - the perfect length of time to be bombarded by

freeform, surreal gags, interspersed by the high-pitched chortles of their happy-go-lucky sea sponge hero - but a full-length movie? Hillenburg was sure that the same level of intensity over 80 minutes would wear the audience out, that a feature needed a more conventional narrative arc and more even pacing. And you know what? He was wrong.

"The SpongeBob SquarePants Movie," released in 2004, had delightful bits and a killer soundtrack, but it was too smooth, too stately. That story structure was like an anchor weighing it down. What I missed were those free-associational spasms of craziness that make "SpongeBob," at its best, so irrationally entertaining. Now comes the second feature, "The SpongeBob Movie: Sponge Out Of Water," which looks as if it had a lower budget. The narrative is slipshod, shambolic, nonsensical. The few song fragments are punishingly discordant. It's visually an eyesore, a kaleidoscope of bright, mismatched colors and in 3-D, too, to make your headache even stronger. It's a big, loud, choppy, hit-and-miss, in-your-face, glorious triumph. Bang, they hit the bull's-eye.

It begins as all "SpongeBob" episodes do, with a hairy pirate who's there to sing the theme that whisks us to the undersea world of Bikini Bottom, with its ukulele music and flower-cloud backdrops. But wait, here, he's live-action and played by Antonio Banderas, and he's on an "Indiana Jones"-like quest to find a magic book. After dueling with a skeleton and shushing some card-playing seagulls, the pirate reads aloud from that mysterious tome, a story of wholesale destruction, societal collapse, apocalypse, all triggered by the loss of the recipe for the wildly addictive Krabby Patties from the Krusty Krab restaurant where SpongeBob works and his best friend, Patrick, the fat, pink, dimwitted starfish, eats. I know what you're thinking - this has something to do with Plankton, the tiny but very loud owner of the rival, Chum Bucket, restaurant. And you'd be right to an extent. Plankton did engineer a scheme involving pickle torpedoes, a giant robot and a Trojan horse-like coin to get into the Krusty Krab's safe - I have a feeling I'm losing you. The best thing about this movie is that it can't be explained, though you can hear how high the stakes are when Mr. Krab straps Plankton down, and with SpongeBob watching, uses diabolical means to recover the recipe.

(SOUNDBITE OF FILM, "THE SPONGEBOB MOVIE: SPONGE OUT OF WATER")

TOM KENNY: (As SpongeBob SquarePants) Mr. Krabs, I'm telling you he's innocent.

LAWRENCE OSOWSKI: (As Plankton) What're you going to do, Krabs, pour hot oil on me or put bamboo shoots under my nails?

CLANCY BROWN: (As Mr. Krabs) No, knock-knock.

OSOWSKI: (As Plankton) Knock-knock jokes? I can do this all day, Krabs.

BROWN: (As Mr. Krabs) Knock-knock.

OSOWSKI: (As Plankton) Oh, boy. Who's there?

BROWN: (As Mr. Krabs) Jimmy.

OSOWSKI: (As Plankton) Jimmy who?

BROWN: (As Mr. Krabs) Jimmy back my formula, Plankton.

OSOWSKI: (As Plankton) Well, that's stupid, but how is it torture?

BROWN: (As Mr. Krabs) (Laughter) You'll see.

KENNY: (As SpongeBob SquarePants) Jimmy back my formula. Oh, I get it (laughter).

OSOWSKI: (As Plankton) (Screaming) Make it stop, Krabs. Make it stop.

EDELSTEIN: The two main characters in "SpongeBob: Out Of Water" aren't, as usual, SpongeBob and his buddy, Patrick, but SpongeBob and the arch-villain, Plankton, who's forced to team up despite being so selfish, he can't pronounce the word team. They build a time machine. They morph into another dimension. They transform into Marvel-like superheroes.

But never mind the plot. The point is that Tom Kenny's SpongeBob voice, which sounds like Pee-wee Herman meets Jerry Lewis on helium, pairs beautifully with the

Plankton of an actor who calls himself Mr. Lawrence and sounds like an over-caffeinated Fred Flintstone.

I was recently reading a book on how to write that had tricks to get your juices flowing, like opening a random book to a random page and picking three random words. Could that explain how the filmmakers came up with the extraterrestrial bottlenose dolphin, whose Shakespearean orations are broken by chatters, and whose job it is to keep the planets Jupiter and Saturn from colliding? Don't see "The SpongeBob Movie: Sponge Out Of Water" if you don't want to be driven crazy by questions like that. But I'm going to see it again this weekend. I long for that craziness. It's like a Krabby Patty for the brain.

BIANCULLI: David Edelstein is film critic for New York magazine. On the next FRESH AIR, Michael Keaton talks about starring in "Birdman." He's been nominated for an Oscar for his performance.

*Copyright © 2015 NPR. All rights reserved. Visit our website terms of use and permissions pages at www.npr.org for further information.*

*NPR transcripts are created on a rush deadline by Verb8tm, Inc., an NPR contractor, and produced using a proprietary transcription process developed with NPR. This text may not be in its final form and may be updated or revised in the future. Accuracy and availability may vary. The authoritative record of NPR's programming is the audio record.*

# Subscribe to the Fresh Air Podcast



| NPR ONE | APPLE PODCASTS | GOOGLE PODCASTS |

| POCKET CASTS | SPOTIFY | RSS |

# More Stories From NPR

MOVIE REVIEWS

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.

https://www.wsj.com/articles/SB110082239663378742

# A Hero for Our Time

*By Tunku Varadarajan*
Nov. 19, 2004 12:01 am ET

Every morning at 8:30 -- scheduled in between the precocious neuroticism of "Rugrats" and the multiculti Potemkin world of "Dora the Explorer" -- there erupts into our living room for 30 straight minutes the raucous, oceanic mayhem of "SpongeBob SquarePants," a cartoon show for children starring a lively, gregarious but terminally undisciplined sea-sponge who works as a short-order cook at the Krusty Krab, "the finest eating establishment ever established for eating."

In the space of three years or so, SpongeBob -- now with his very own movie, opening across the country today -- has emerged as one of the most popular (and intriguing) characters on television. Predictably (for such is the nature of our culture), there have been attempts to "deconstruct" him as some species of homosexual. He is, of course, no such thing and is arguably the least gay creature on television (along with the Cookie Monster).

But I digress.

* * *

It is safe to say that there can hardly be a boy between three and eight years of age in America who does not watch "SpongeBob" every waking day. That's 11 million boys. Throw in, say, three million girls from the same cohort (for surely not all of them despise the non-girlie stuff) and, by a crude calculation, six million parents (who, while not glued to the show, have it in their peripheral vision and within cacophonous earshot) and one might tote up at least 20 million Americans who take in SpongeBob's escapades every morn.

9/3/21, 1:10 PM                                    A Hero for Our Time - WSJ



My son, Prof. Satya Varadarajan, dean of Animation Studies at Nickelodeon University, might be said to be in the 100th percentile in terms of his absorption in the world of SpongeBob. Age five, he watches, winces, laughs, groans and cheers each move, often repeating phrases that he has learned by heart. He roots for SpongeBob and his fat friend, Patrick (a starfish), and despises Mr. Krabs, SpongeBob's draconian, tightwad employer, whose sole aim (in the execution of which he has the complicity of his glum manager, Squidward) is to fire SpongeBob from his job as Krabby-Patty flipper. In all fairness to Mr. Krabs, SpongeBob -- though a cheap hire -- isn't exactly an asset in the kitchen.

SpongeBob's appeal lies in his anarchic nature and his deeply felt respect for other people's feelings. This apparent contradiction creates wonderful dramatic tension. Bob is a bit of a silly git, but his tenacity, sweetness and decency invariably win the day. He shows that you don't need massive pecs, a magic sword or turbo-charged ambition to be a hero. Anecdotal validation of this analysis comes to me from my friend Nadia Sopher, an improbably svelte mother of three young SpongeBob-watchers. Her son's soccer team just voted 20-0 to name itself The SpongeBobs, in preference to other, more intimidating names: e.g. Red Dragons, or Incredible Hawks.

The popularity of SpongeBob seems to flow from his boyish recalcitrance, added to which are his over-the-top mood swings -- from annoyingly exuberant cheerfulness to deep funk

-- which every child viewer must relate to. SpongeBob is a gawky "square" who wins in the end. This is funny and gratifying and in a long tradition of "squares done good": Gomer Pyle or Gilligan or Curly Howard or Richie Cunningham or Bullwinkle.

Many grownups, too, are charmed by this marriage of success and bodily inelegance. And like all the best shows for children, this one "accommodates" adults with flashes of clever language (some badly behaved sea-urchins are called "invertebrats") and SpongeBob's occasional echoes of other literary characters. My colleague Joe Morgenstern, who reviews the new movie elsewhere in this section today, likens him to Peter Pan; and the sage John Tierney at the New York Times -- one guess what he and his son Luke do at 8:30 a.m. of a day! -- remarked to me that he detected shades of Candide in SpongeBob...

...Which had me scurrying to my dog-eared Voltaire. Sure enough, the first line of "Candide" reads: "In the country of Westphalia, in the castle of the most noble Baron of Thunder-ten-tronckh, lived a youth whom Nature had endowed with a most sweet disposition." Some of you may think it's a stretch, but the first line of the "SpongeBob" theme song seems a clever adaptation of the Voltaire: "Who lives in a pineapple under the sea? SpongeBob SquarePants! Absorbent and yellow and porous is he!"

You don't see the connection? Really? Oh, come on!

Copyright © 2021 Dow Jones & Company, Inc. All Rights Reserved

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.



Trending Quizzes ✏️ Travel Hacks ✈️ Back To School 📚 COVID-19 Updates

**Join us for 100 days of reading! Get tips and activities to keep your kids learning, reading and active.**

Click Text Read!



Presented By

This post has not been vetted or endorsed by BuzzFeed's editorial staff. BuzzFeed Community is a place where anyone can create a post or quiz. Try making your own!

**Buzz**

Posted on Apr 28, 2015

# 13 Cartoon Restaurants You Wish Were Real

**"It'll go right to your thighs and then you'll blow up."**



by **Kaitlyn Tarallo**
Community Contributor

8,290 points

Privacy · Terms

9/3/21, 1:17 PM                                          13 Cartoon Restaurants You Wish Were Real

💬 **View 18 comments**



## 1. Honker Burger — *Doug*

📈 Trending Quizzes 🏸   Travel Hacks ✈️   Back To School 🗄️   COVID-19 Updates 📈



*Nickelodeon*

 

If there's one place in Bluffington where all the cool kids grab food, it's
Honker Burger. It's also pretty fun to say.

## 2. The Shore Shack — *Rocket Power*

Privacy · Terms

Trending Quizzes    Travel Hacks    Back To School    COVID-19 Updates



*Nickelodeon*

 

The perfect ocean side cafe to grab a bite while listening to Tito tell you what the ancient Hawaiians used to say.

ADVERTISEMENT

### 3. McSpanky's — *Jimmy Neutron*

Privacy · Terms



Trending Quizzes 🎉     Travel Hacks ✈️     Back To School 📚     COVID-19 Updates 📈

*Nickelodeon*

 

Not only is McSpanky's awesomely shaped, but it also has a super computer to keep customer satisfaction at maximum.

## 4. Super Weenie Hut Jr's — *SpongeBob SquarePants*



Privacy - Terms

9/3/21, 1:17 PM                            13 Cartoon Restaurants You Wish Were Real



 Trending Quizzes 🎉   Travel Hacks ✈️   Back To School 📚   COVID-19 Updates 📈

*Nickelodeon*

Honestly this place looks a lot more fun than the Salty Spitoon.

### 5. The Nasty Burger — *Danny Phantom*



*Nickelodeon*



"Nasty is one letter away from Tasty"

### 6. Piggy's Pizza Palace — *Rugrats*



Privacy - Terms



Trending Quizzes 🎉     Travel Hacks ✂️     Back To School 🖥️     COVID-19 Updates ↗️

*Nickelodeon*

 

This barnyard-themed pizza place also includes a live show, an arcade featuring a Reptar Pinball Machine, and a chance to win Cynthia's Driveaway Dream Car.

ADVERTISEMENT

The New York Times    Save on in-depth reporting and analysis.    $4.25 $1 a week Special offer     Cancel anl

## 7. The Chokey Chicken — *Rocko's Modern Life*



Privacy - Terms



Trending Quizzes 🎉    Travel Hacks 🧳    Back To School 📚    COVID-19 Updates 📈

*Nickelodeon*

Ⓕ  Ⓟ

Although there's something a little off about how that chicken sign is mounted...

## 8. The Krusty Krab — *Spongebob SquarePants*



*Nickelodeon*



This one is a given, but eat those krabby patties sparingly. It'll go right to your thighs... and then you'll blow up.

## 9. Krusty Burger — *The Simpsons*

Privacy - Terms



Trending Quizzes 🛝   Travel Hacks ✈️   Back To School 📖   COVID-19 Updates 📈

*Fox*

Just make sure not to order the Mother Nature Burger.

### 10. Cake 'N' Bacon — *Fairly Odd Parents*



Privacy • Terms



 Trending Quizzes 🎉   Travel Hacks 🧳   Back To School 📚   COVID-19 Updates 📈

 

Because bacon.

ADVERTISEMENT



## 11. Chez Platypus — *Phineas and Ferb*



*Disney*

 

The trendiest restaurant in town

Privacy - Terms

The trendiest restaurant in town.

## 12. The Sugar Bowl — *Arthur*

Trending Quizzes    Travel Hacks    Back To School    COVID-19 Updates



arthur.wikia.com

In Elwood City, it's perfectly OK for kids to consume desserts every day while hanging out with friends.

## 13. Floyd's — *Hey Arnold*



Privacy - Terms

APPX 248



**LABOR DAY SALE**
Only $1 for 6 months

LOG IN



# Good Burgers: A look at the best fictional restaurants



TRUSTED NEWS

LABOR DAY SALE
Only $1 for 6 months

SAVE NOW



SAVE NOW

**The Krusty Krab**

SpongeBob SquarePants is always having a great time on "SpongeBob SquarePants" and his love for his job as a fry cook helps make The Krusty Krab a top-notch burger joint. The Krusty Krab is home of the greatest burger under-the-sea, the Krabby Patty. The restaurant also serves pizza to help owner Mr. Krabs make more of what he loves, money. Even though the restaurant has only two full time employees, SpongeBob and Squidward, The Krusty Krab is the best food option for the sea critters of Bikini Bottom. It's been proven over-and-over that no one wants to eat at Plankton's restaurant, the Chum Bucket. (Paramount Pictures/Handout)

**6 / 12** 

Movies and TV shows sometime take place in real life restaurants, like Katz Deli and Cheers, where fans can literally go visit if they choose. However, sometimes a restaurant that looks like it has tasty food choices or a great atmosphere doesn't really exist. "SpongeBob SquarePants" fans can't really go to The Krusty Krab for a Krabby Patty and "Blues Brothers" fans can't go to the Soul Food Cafe for fried chicken. As "Good Burger" turns 20, here's a look at the best fictional restaurants we wish were real.

(Brett Bodner)



**NEXT GALLERY**



**The peep shows, porn theaters, and sex workers of 1970s and 1980s Times Square**

**Famous celebrity pets**

**TRUSTED NEWS**

LABOR DAY SALE
Only $1 for 6 months

SAVE NOW

SPOTLIGHT

# 15 famous fictional restaurants from TV history

Stacey Marcus, Stacker
Jun 27, 2021

Enjoy a trip down memory with your favorite fry cooker, SpongeBob, the gang from "Happy Days," and the gals from "Gilmore Girls." Bon appétit!

*TownNews.com Content Exchange*

## 15 famous fictional restaurants from TV history



"People who love to eat are the best people," Julia Child was quoted as observing. Who doesn't love the sumptuous sensation of great food? Even better is sharing food with your favorite people. Perhaps that is why TV writers and producers create diners, cafes, and restaurants where our favorite characters congregate to share a cup of joe, or a plate of pasta, and dish about their days and dreams.

For many of us this past year, we could only enjoy dining with our fictional friends on TV rather than sitting with family and friends at our neighborhood joints. We thank the brilliant creators of these fictitious places where we could find a slice of normalcy.

**Stacker** dug into TV history history and found 15 iconic fictional restaurants. Next, we searched for fun facts to add to the menu.

We invite you to take a break and enjoy a trip down memory lane visiting these iconic eateries. You'll find your favorite fry cooker, SpongeBob, the gang from "Happy Days," and the gals from "Gilmore Girls." Bon appétit!

**You may also like: Most anticipated TV shows coming out in 2020**

*NBC Productions*

---

# Los Pollos Hermanos



Money laundering and drug deals were on the menu at Los Pollos Hermanos, the fried chicken joint owned by drug lord Gustavo Fring where he met teacher turned meth-maker Walter White on "Breaking Bad." Did you know that the actual location in New Mexico was a **burrito joint called Twisters**?

*High Bridge Productions*

# The Double R Diner



Damn fine coffee and cherry pie were served up at the Double R Diner on the hit show "Twin Peaks." Fans will recall the spot as the scene of romance and intrigue, and quotable lines like taking your **coffee as "black as midnight on a moonless night."**

*Lynch/Frost Productions*

# Monk's Cafe



**Monk's Cafe** was where Jerry, Elaine, George, and Kramer gathered to share meals, quirks, and conversations about "nothing" that defined the show. "Seinfeld" fans will remember the iconic episode **when Elaine called out the diner's owner** for employing only large-bosomed women.

*West-Shapiro*

## The Pit (A Different World)



Fans of "A Different World'' recall that the Hillman College chums worked and congregated at The Pit. A memorable episode was entitled "Take This Job and Love It" and featured Kim helping Whitley get a gig at The Pit to pay for a car she wrecked.

*Bill Cosby*

## The Max



Neon signs and arcade games defined the interior of **The Max**, the diner featured in the '90s teen sitcom, "Saved by the Bell." Fans will fondly recall Bayside High School friends Zack, Slater, Screech, Lisa, Kelly, and Jessie hanging out at The Max.

**You may also like: Can you answer these real 'Jeopardy!' questions about TV shows?**

*NBC Productions*

## Bob's Burgers



The Belchers serve up comedy and irreverence at their burger joint, which serves as the series' namesake, "Bob's Burgers." The eatery is the scene of Bob, Linda, and their family, who are often involved in parodies and pranks in this animated series.

*Bento Box Entertainment*

## Luke's Diner



If you spent your teenage years watching **"Gilmore Girls,"** you will recognize Luke's Diner as the hot spot in Stars Hollow. Did you know that in 2016 over 200 coffee shops were transformed to resemble Luke's Diner and served free coffee to entice fans to perk up for the show's revival on Netflix?

*Dorothy Parker Drank Here Productions*

# The Krusty Krab



**SpongeBob enjoyed two decades** as the friendly fry cook at the Krusty Krab. "SpongeBob SquarePants" fans were served up krabby patties and silly moments at the hip hangout.

*United Plankton Pictures*

# Good Burger



Heart-warming and hilarious moments were on the menu at Good Burger, an old-fashioned hamburger stand trying to stay in business when a fast-food business, Mondo Burger, serves up competition in the Nickelodeon series of the same name. Fans loved watching Ed and Dexter flip burgers and find creative ways to help the stand survive.

*Paramount Pictures*

## The Iron Horse



The Iron Horse served endless food and a helping of heartache for the geeks, who bring the new girl at school to the restaurant because in their minds, there's no better way to impress a girl than all-you-can-eat ribs. She cements their infatuation by haranguing the waiter to keep the ribs coming at a faster pace. The waiter is played by an uncredited David Koechner, the actor best-known for his role in "Anchor Man."

**You may also like: 100 best TV episodes of all time**

*Apatow Productions*

## Merlotte's Bar & Grill



As the workplace of main character Sookie Stackhouse on HBO's "True Blood," Merlotte's Bar & Grill is central to the series. **In the very first episode of the show**, Sookie meets vampire Bill Compton when he strolls into the bar.

*Your Face Goes Here Entertainment*

# Vesuvio



With a name as explosive as the show it appeared on, Vesuvio was the setting for some of Tony Soprano's unforgettable antics. Most notoriously in the very pilot of the series, **Tony orders Silvio to destroy the iconic Italian restaurant.**

*Home Box Office (HBO)*

# Arnold's Drive-In



"Happy Days" featured the quintessential '50s diner, Arnold's Drive-In, where the Fonz, Richie, Potsie, and the rest of the gang often hang out after school. Series creator **Garry Marshall took inspiration from two Milwaukee establishments**, The Milky Way and The Pig 'n' Whistle, both of which have been long closed and re-opened as different establishments.

*Miller-Milkis Productions*

# Cafe Nervosa



It's no surprise that the Seattle-based show "Frasier" features many scenes in the beloved coffee shop, Cafe Nervosa, since the city is known for brewing a good cup of joe. Frasier and his brother, Niles, often meet there to escape their professional and personal troubles. For a real-life taste, check out **Cafe Nervosa: The Connoisseur's Cookbook**, inspired by the series.

*Grub Street Productions*

# The Peach Pit



From the iconic neon sign to the classic black-and-white flooring, The Peach Pit served as *the* place to be, and be seen, in the hit series "Beverly Hills 90210." The after-school hangout even saw celeb appearances from Color Me Badd (season one) and Adam Levine (season eight). Coinciding with the show's reboot in 2019, fans were even able to book a booth at the **The Peach Pit Pop Up Diner in Los Angeles**.

**You may also like: Best 'Family Guy' episodes**

*90210 Productions*

NEWSLETTERS
Emailed Daily. Always Free!



Paramount

# Fictional food creations we'd like to eat

Posted 2 days ago  |  By Jeff Mezydlo (https://www.yardbarker.com/authors/jeff_mezydlo/143)

Food is a big part of film, television and even literature, frequently playing key parts in the telling of a story. There are plenty of fictional food creations we'd love to sink our teeth into just one time -- for better or worse.

Here are some of the top fictional foods on our wish list to try, listed in alphabetical order.

## Big Kahuna Burger (Pulp Fiction)

1 of 23



YouTube

Note, *Big Kahuna Burger* is not limited to *Pulp Fiction*, though its most notable reference comes when hitman Jules (Samuel L. Jackson (/entertainment/players/samuel_l_jackson/720239)) takes a serious bite out of Brett's burger from the popular Hawaiian-themed fast food chain (https://www.youtube.com/watch?v=Mnb_3ibUp38). "This *is*  a tasty burger!" Jules notes before its time to blew the entire apartment away -- or get shot himself. Big Kahuna Burger is briefly

## Entertainment News

Details about 'The Ellen DeGeneres Show' final season revealed
(/entertainment/articles/details_about_the_ellen_degeneres_show

Hilary Duff shares photo from set of 'How I Met Your Father'
(/entertainment/articles/hilary_duff_shares_photo_from_set_of_hc

Lil Nas X unveils pregnancy photo shoot for 'Montero' album
(/entertainment/articles/lil_nas_x_unveils_pregnancy_photo_shoot

Shawn Mendes supports Camila Cabello ahead of 'Cinderella' debut: 'I'm so proud of you'
(/entertainment/articles/shawn_mendes_supports_camila_cabello

Dwayne Johnson, Ryan Reynolds, Gal Gadot in 'Red Notice' trailer
(/entertainment/articles/dwayne_johnson_after_ryan_reynolds_ga

Filmmaker Paul Schrader compares cancel culture to the Delta variant
(/entertainment/articles/filmmaker_paul_schrader_compares_canc

John Mayer gives thoughtful response to fan who asks if he's still a 'recovering ego addict'
(/entertainment/articles/john_mayer_gives_thoughtful_response_t

Michael Gandolfini on 'Many Saints of Newark' role: 'Probably the toughest decision I've ever had to make'
(/entertainment/articles/michael_gandolfini_on_many_saints_of_n

referred to in other films associated with Quentin Tarantino (/entertainment/players/quentin_tarantino/720176)  and Robert Rodriguez, such as *Four Rooms* and *From Dusk till Dawn.*

## Cheesy Blasters (30 Rock)



YouTube

When Jack Donaghy  (Alec Baldwin (/entertainment/players/alec_baldwin/87866)) thinks some of the cast and crew of *The Girlie Show with Tracy Jordan* (*TGS* ) have become too caught up in their own fame and white-collar lifestyle, he wants to bring them back down to earth. So he takes the crew out for some "Cheesy Blasters", the most popular food of most regular Americans. Liz (Tina Fey (/entertainment/players/tina_fey/88537)), though, seems to be the only one excited about the hot dog, stuffed with Jack cheese and folded into a pizza (https://www.youtube.com/watch?v=mgezjCUzCzk). We'd definitely be interested in a bite.



## Cheesy Poofs (South Park)



YouTube

Customize Your Newsletter

+

Get the latest news and rumors, customized to your favorite sports and teams. Emailed daily. Always free!

Enter your email          SUBSCRIBE

This site is protected by reCAPTCHA and the Google Privacy Policy (https://policies.google.com/privacy) and Terms of Service (https://policies.google.com/terms) apply.

The favorite snack food of Eric Cartman, "Cheesy Poofs" are nothing more than the everyday cheese puff. However, to Cartman, they are <u>almost like his source of fuel.</u> <u>(https://www.youtube.com/watch?v=KOgzUNIOT10&t=64s)</u> There have been times that Comedy Central has brought fiction to real-life, by selling their version of the snack in real stores (in 1998 and again in 2011), albeit in limited edition.

## Chocolate Salty Balls (South Park)



YouTube

When the Sundance Film Festival was moved to South Park, Chef (Isaac Hayes) decides to take advantage of the masses coming to town by offering his popular sweet treats. According to *South Park* lore, Chef's Chocolate Salty Balls are described as "simply chocolate confectioneries rounded into a ball shape with added salt as a flavor enhancer." Of course, the innuendo of something else makes the snack even more special. Especially when <u>Chef sings about them.</u> <u>(https://www.youtube.com/watch?v=sjrdanK4LSY&t=48s)</u>

## Cup O' Pizza (The Jerk)





YouTube

Featured in the 1979 Steve Martin comedy *The Jerk*, *Cup O' Pizza* was a restaurant that Navin R. Johnson (Martin) just can't get enough of the main menu item. The item appears to be no more than pizza crust, pepperoni, mozzarella cheese and various Italian spices mixed into a cup, but to Navin it's heaven. Navin liked the restaurant so much that he used some of the original décor and signage to decorate his own home. (https://www.youtube.com/watch?v=52jSB5s33aA) Now that's commitment.



## Duff Beer (The Simpsons), Pawtucket Patriot Ale (Family Guy), Butterbeer (Harry Potter)

6 of 23



Fox

Is beer a food? It is to us. If we're rounding out a six-pack, there's no doubt that Duff Beer and Pawtucket Patriot Ale would be headlining. For those who want something with a little lighter alcohol content, Butterbeer might be more up your alley. We're getting thirsty just writing this.



## Everlasting Gobstopper (Willy Wonka and the Chocolate Factory)



Paramount

Willy Wonka and the Chocolate Factory offers so many choices, it's tough to choose just one. From the actual 'Wonka Bar' to lickable wallpaper, and even the fizzy lifting drink which sure seemed to carry a kick. Ultimately, we can't say no to the Everlasting Gobstopper if for no other reason than it could provide our taste buds enjoyment forever. Thanks Willy!

## $5 Milkshake (Pulp Fiction)



Miramax

Another Pulp Fiction food item that gets our mouths watering. Vincent Vega (John Travolta (/entertainment/players/john_travolta/88182)) was incredulous at the thought of paying five dollars for this cold combination of ice cream and milk. We'd gladly pay the five bucks to just have one sip. Vega's amateur food critic review (https://www.youtube.com/watch?v=lZzai6at_xA) is pretty compelling.

## Egga-Mooby Muffin (Dogma)



YouTube

*Mooby's* fast food restaurant has been a prominent part of Kevin Smith's View Askewniverse. After all, it was the business setting for *Clerks II*. Yet, one of the earliest references to what the place serves came in *Dogma* (1999), when Bethany (Linda Fiorentino) enjoyed some al fresco breakfast dining with Jay, Silent Bob and forgotten apostle Rufus (Chris Rock). The latter seemed amazed with his breakfast sandwich (https://www.youtube.com/watch?v=wDvhzz3_Gsg&t=105s), which is your classic egg, cheese and sausage patty between an English muffin. Recently, pop-up versions of Mooby's (https://www.moobyspopup.com/), which featured mostly vegan fare, have sprung up across the U.S.

## Green Eggs and Ham (Dr. Seuss)



YouTube

One of the most beloved children's books (https://www.youtube.com/watch?v=-fXYjpU3fC4) of all time offers this unique dish that the unnamed person eventually becomes fond of due to Sam-I-Am's persistence. We assume there was just some food coloring added to the green eggs and ham, but the taste is actually the same as the normal looking foods would deliver. Leave it to the wonderful Dr. Seuss, however, for leaving one's imagination to do all the work.

## Krabby Patty (SpongeBob SquarePants)



YouTube

The signature menu item of the Krusty Krab. It's more than a burger, mostly because there is no meat in the patty. According to *SpongeBob SquarePants* lore, it's similar to a veggie burger. The overall concoction (https://www.youtube.com/watch?v=1ecTZVzjFVM&t=8s) includes: "lettuce, onions and tomatoes with sea cheese, pickles, mustard and ketchup between seaweed-sea buns." SpongeBob has often noted that the secret formula that makes the patty taste so good is "love." Who's to argue with that?

## Krusty Burger (The Simpsons)



YouTube

Krusty the Clown is more than entertainer. He's proved capable of putting together a popular burger restaurant chain, though he's actually not fond of the food. The menu is rather extensive, featuring the likes of The Clogger and the Whatchamacarcass Sandwich. Still, it's the original Krusty Burger that remains a crowd favorite. Those fans of The Simpsons can actually partake in a Krusty Burger (1/3-pound burger patty with Secret Sauce, American cheese, lettuce, tomato, and pickles) at Universal Studios theme parks in California and Florida (https://www.universalorlando.com/web/en/us/things-to-do/dining/krusty-burger/menu.html).

## Mega Burger (Beverly Hills, 90210)





YouTube

Another burger on this list. From what we know the preferred meal choice at The Peach Pit features two burger patties, Swiss cheese, lettuce, tomatoes and Bermuda onions. We also know customers can add chili to the burger, and it will always be made fresh. Longtime Pit employee Brandon Walsh (Jason Priestley) has used the burger to endear himself to dates on occasion.

## Ol' 96er (The Great Outdoors)                    14 of 23



YouTube

Is there a more famous cut of meat in all of movie history than this ridiculously huge masterpiece from the beloved 1988 John Candy comedy? (https://www.youtube.com/watch?v=q_215iQ7KDs) Chet Ripley (Candy) thought he was up to the Herculean task of taking on this behemoth, 96-ounce, primed-age beef steak, that if he finished in its entirety, would allow his whole table to eat for free. He drew quite a crowd at Paul Bunyan's Cupboard watching this battle of man vs. meat.

## Sandwich of Death (Regular Show)                  15 of 23





YouTube

*Regular Show* starts Mordecai and Rigby love a good meal. Whether we're talking 3 a.m. "Pizza Pouches" or the $85 "46" from Sandwicci's (https://www.youtube.com/watch?v=rOkaH_7ClLo). But their favorite might be the "Sandwich of Death" from *Death Kwon Do -- Pizza and Subs*. After signing the "Waiver of Death," its time to sink your teeth into this super sub complete with, what we believe is, tomato sauce, BBQ sauce, Canadian bacon and meatballs. Unfortunately, Benson beats the boys to the sandwich and puts his life in danger (https://www.youtube.com/watch?v=nMW4urUbIe4), since he does not know the proper way to eat the massive creation (https://www.youtube.com/watch?v=fBOQniHXr2s&list=PLPBu-BSJB_34B6bOBsCSl9mnFhbn7qU7Z)

## Schweddy Balls (Saturday Night Live)          16 of 23

YouTube

Pete Schweddy (Alec Baldwin) is well known for his bite-size "Schweddy Balls" (https://www.youtube.com/watch?v=bPpcfH_HHH8) Sold at his holiday bakery *Season's Eatings*, his balls come in various shapes, sizes and flavors. All made from a secret Schweddy recipe. The SNL sketch, which features then cast members Molly Shannon and Ana Gasteyer as NPR talk show hosts Terry Rialto and Margaret Jo McCullin, remains one of the most memorable moments in the history of the legendary show.

## Scooby Snacks ( Scooby-Doo)          17 of 23





YouTube

In time, Scooby Snacks became a real-life dog treat. But, it's still the fictional food choice for that famous crime-fighting dog that's worth celebrating. And even his goofy master, Shaggy. Scooby Snacks appear nothing more than crunchy, dog biscuits, but they have the power to entice Scooby into putting his line on the line to get to the bottom of a caper or solve a signifcant crime. Now, "What would you do for a Scooby Snack?" (https://www.youtube.com/watch? v=MH789hxBGpM&t=134s)

## Soylent Green (Soylent Green)                              18 of 23



MGM Presents
"SOYLENT GREEN"
Panavision® & Metrocolor

Metro-Goldwyn-Mayer

Remember, this is a fictional list. In this case, we're talking science-fiction from 1973. The "Soylent Green" wafer is apparently tasty and high in nutritional value. Apparently, one of the few good things about the current start of the world (https://www.youtube.com/watch?v=N_jGOKYHxaQ) in 2022, where overpopulation and climate issues have the planet in crisis. Soylent Industries claims its new food substitute is made from plankton, however,  NYPD (https://en.wikipedia.org/wiki/New_York_City_Police_Department) detective Frank Thorn (Charlton Heston) discovers that's shockingly not the case.  (https://www.youtube.com/watch?v=-7wj-iMfk1o)

## Spaghetti Tacos (iCarly)                                    19 of 23



YouTube

A culinary favorite of Carly (Miranda Cosgrove), Sam (Jennette McCurdy) and Freddie (Nathan Kress). It's also one of Carly's brother Spencer's signature dishes out of the kitchen. Then again, it's not that hard to make. All we need is some cooked spaghetti with red sauce and a crunchy taco shell (https://www.youtube.com/watch?v=KGm4B4bpu9c&t=78s). And there we have it. A meal that is sure to please those lovers of both Italian and Mexican food.

## Squealer (Whip It!)



Fox Searchlight Pictures

Bliss (Elliot Page, then known as Ellen Page (/entertainment/players/ellen_page/88042)) lives in tiny Bodeen, Texas. Best known for the BBQ joint she works at that features the "Squealer." If any anybody is able to eat this massive, pork-filled sandwich in three minutes or less, it's free. And, that lucky customer gets his or her picture taken and put on the wall of the restaurant. Sounds like the perfect pre-game meal before heading into Austin for some roller derby.

---

## Stay-Puft Marshmallows (Ghostbusters)



YouTube

Stay-Puft Marshmallows are nothing more than a fictional brand of this timeless classic sweet treat. Yet, movie fans shouldn't forget the name, or its <u>smiley mascot who grew to giant form in</u> <u>*Ghostbusters,* and threatened to destroy New York City (https://www.youtube.com/watch?</u> <u>v=2zhDfUAQSbs&t=205s)</u>. We assume Stay-Puft Marshmallows taste like any other marshmallow, but the point is that the mascot and the brand name are such a big part of movie history that both should be celebrated.

## ToMacco (The Simpsons)                                                    22 of 23



YouTube

Homer really thought he was on to something when he grew <u>"ToMacco."</u> <u>(https://www.youtube.com/watch?v=Xx1ztUROpyU)</u>The tomato/tobacco hybrid plant came to be when he he used plutonium to fertilize said fields. The taste of the finished product was apparently terrible ("It takes like cigarette butts," Bart yelped), but quite addictive. Being the savvy businessman he is, Homer jumped on the chance to sell this uniquely awful product, which outwardly looked like a tomato but had the insides of tobacco leaf, to gullible travelers.

---

## Tubby Toast (Teletubbies)                                                 23 of 23



# TAB C-5

9/2/2021                                      Krusty Krab Shop – SpongeBob SquarePants Shop





International Shipping Available for S

SHOP ALL    COLLECTIONS

SHOP BY CHARACTER

BEST SELLERS    NEW ARRIVALS



# the KRUSTY ⚓ KRAB

EST.     1999

## SHOP

## SHOP ALL KRUSTY KRAB





https://www.spongebobshop.com/pages/krusty-krab-shop?_pos=1&_sid=af1013e9c&_ss=r

**APPX 287**



**SHOP FACE MASKS**



**SHOP APPAREL**





9/2/2021                                 Krusty Krab Shop – SpongeBob SquarePants Shop



# FEATURED PRODUCTS



APPX 283

9/2/2021                                        Krusty Krab Shop – SpongeBob SquarePants Shop



**APPX 287**

9/2/2021                                    Krusty Krab Shop – SpongeBob SquarePants Shop



**THE KRUSTY KRAB SPATULA**

**$29.95**



https://www.spongebobshop.com/pages/krusty-krab-shop?_pos=1&_sid=af1013e9c&_ss=r



APPX 285

9/2/2021                                    Krusty Krab Shop – SpongeBob SquarePants Shop



THE KRUSTY KRAB PIZZA SHORT SLEEVE T-SHIRT

$20.95





9/2/2021                                   Krusty Krab Shop – SpongeBob SquarePants Shop





APPX 287

9/2/2021                                        Krusty Krab Shop – SpongeBob SquarePants Shop

## THE KRUSTY KRAB OVEN MITT
### $20.95



APPX 288



**THE KRUSTY KRAB ANCHOR EMBROIDERED HAT**

**$29.95**



**THE KRUSTY KRAB EST. 1999 ACRYLIC TRAY**

**$39.95**



APPX 290





APPX 291

Krusty Krab Shop – SpongeBob SquarePants Shop

## THE KRUSTY KRAB SATISFACTION GUARANTEED 17 OZ DRINKING GLASS

### $15.95





APPX 292

9/2/2021
Krusty Krab Shop – SpongeBob SquarePants Shop



CORAL BITS

THE KRUSTY KRAB MR. KRABS FRESH OFF THE GRILL ADULT SHORT SLEEVE T-SHIRT
$20.95



9/2/2021                               Krusty Krab Shop – SpongeBob SquarePants Shop



### THE KRUSTY KRAB CUTTING BOARD
### $39.95



https://www.spongebobshop.com/pages/krusty-krab-shop?_pos=1&_sid=af1013e9c&_ss=r

9/2/2021                                    Krusty Krab Shop – SpongeBob SquarePants Shop



**NEWSLETTER**

Save 15% when you sign up for exclusive SpongeBob offers and content!

Enter your email

**SUBSCRIBE**

Join us beyond Bikini Bottom and share your style!

  

**@SPONGEBOB | #SPONGEBOBSTYLE**

**ABOUT THE SHOP**

Get ready to bring your love for SpongeBob arouuund tooown with curated apparel, accessories, homewares, and more at the *SpongeBob SquarePants* Shop! Shop items more precious than doubloons that feature your favorite Bikini Bottom buddies like Patrick Star, Sandy Cheeks, Squidward Tentacles, Mr. Krabs, Gary, Plankton, and of course, SpongeBob SquarePants! From Rock Bottom to Bikini Bottom, you will look cooler than Kevin the Cucumber in your new *SpongeBob SquarePants* gear!

   

**IMPORTANT PAGES**

Privacy Policy



APPX 295

9/2/2021                                        Krusty Krab Shop – SpongeBob SquarePants Shop

Term of Use
My Account
Promotional Disclaimers

**CUSTOMER SERVICE**

Contact Us
Ordering Policy
Shipping Policy
Return Policy
Accessibility

**EXPLORE OUR SHOPS**

CBS Store
Comedy Central Store
MTV Shop
Showtime Store
South Park Shop
SpongeBob Shop
Star Trek Shop
Yellowstone Shop

**NEWSLETTER**

Save 15% when you sign up for exclusive SpongeBob offers and content!

| Enter your email address |

SUBSCRIBE



9/2/2021                                        Krusty Krab Shop – SpongeBob SquarePants Shop

© 2021 Viacom International Inc. All rights reserved. Nickelodeon, SpongeBob SquarePants and all related titles,  logos and characters are trademarks of Viacom International Inc. Created by Stephen Hillenburg

 snow

Snow Commerce, Inc. is the seller of all merchandise and is solely responsible for all aspects of your purchase.

        



**APPX 297**

# TAB C-6

# United States of America

## United States Patent and Trademark Office

# KRUSTY KRAB

**Reg. No. 5,635,497**

**Registered Dec. 25, 2018**

**Int. Cl.: 41**

**Service Mark**

**Principal Register**

VIACOM INTERNATIONAL INC.  (DELAWARE CORPORATION)
1515 Broadway 34th Floor
New York, NEW YORK 10036

CLASS 41: Providing a website featuring general interest entertainment information related
to television programs and cartoons for entertainment purposes

FIRST USE 1-17-2013; IN COMMERCE 1-17-2013

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY
PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-305,436, FILED 01-18-2017



Director of the United States
Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# KRUSTY KRAB

**Reg. No. 5,625,065**

**Registered Dec. 11, 2018**

**Int. Cl.: 20**

**Trademark**

**Principal Register**

VIACOM INTERNATIONAL INC.  (DELAWARE CORPORATION)
1515 Broadway 34th Floor
New York, NEW YORK 10036

CLASS 20: Plastic Cake Decorations

FIRST USE 7-1-2012; IN COMMERCE 7-1-2012

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY
PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-305,445, FILED 01-18-2017



Director of the United States
Patent and Trademark Office

**APPX 300**



# United States of America

### United States Patent and Trademark Office

# KRUSTY KRAB

**Reg. No. 5,682,983**

**Registered Feb. 26, 2019**

**Int. Cl.: 21**

**Trademark**

**Principal Register**

VIACOM INTERNATIONAL INC.  (DELAWARE CORPORATION)
1515 Broadway 34th Floor
New York, NEW YORK 10036

CLASS 21: Aquarium ornaments

FIRST USE 1-20-2010; IN COMMERCE 1-20-2010

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY
PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-305,451, FILED 01-18-2017



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.


**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*


**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

**APPX 302**

# TAB C-7

# United States of America

## United States Patent and Trademark Office

## SPONGEBOB SQUAREPANTS

**Reg. No. 5,414,607**

**Registered Feb. 27, 2018**

**Int. Cl.: 41**

**Service Mark**

**Principal Register**

VIACOM INTERNATIONAL INC. (DELAWARE CORPORATION)
1515 Broadway
New York, NEW YORK 10036

CLASS 41: Entertainment, namely, live entertainment performances in the nature of live instrumental, musical, live comedy and live drama, live musical variety and dance performances; production and provision of entertainment news, and entertainment information via communication and computer networks

FIRST USE 11-6-2017; IN COMMERCE 11-6-2017

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 4475397, 2624278, 2355702

SER. NO. 87-471,261, FILED 06-01-2017



Director of the United States
Patent and Trademark Office

**APPX 304**

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,897,977
Registered Oct. 26, 2004

## TRADEMARK
### PRINCIPAL REGISTER

## SPONGEBOB

VIACOM INTERNATIONAL INC. (DELAWARE CORPORATION)
1515 BROADWAY
NEW YORK, NY 10036

FOR: BATHING SUITS, BATHROBES, BEACH-WEAR, CLOTHING BELTS, SHORTS, JACKETS, COATS, SOCKS, FOOTWEAR, BANDANAS, SWEATERS, HALLOWEEN COSTUMES, DRESSES, GLOVES, GYM SHORTS, EAR MUFFS, NECK-WEAR, PAJAMAS, PANTS, SHIRTS, SKI WEAR, SLACKS, SUN VISORS, SUSPENDERS, TURTLE-

NECKS, UNDERCLOTHES, VESTS, WARM-UP SUITS, HEADWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-1-2001; IN COMMERCE 1-1-2001.

OWNER OF U.S. REG. NO. 2,355,702.

SN 78-069,262, FILED 6-15-2001.

SUELLEN HICKEY, EXAMINING ATTORNEY



# United States of America
### United States Patent and Trademark Office

# SPONGEBOB SQUAREPANTS

**Reg. No. 4,475,397**

**Registered Jan. 28, 2014**

**Int. Cl.: 28**

**TRADEMARK**

**PRINCIPAL REGISTER**

VIACOM INTERNATIONAL INC. (DELAWARE CORPORATION)
1515 BROADWAY
NEW YORK, NY 10036

FOR: GAMES AND PLAYTHINGS, NAMELY, CARD GAMES, DARTS, DOLLS; PLUSH DOLLS; ACTION FIGURES AND ACCESSORIES THEREOF; STAND ALONE VIDEO GAME MACHINES UTILIZING CD ROM'S, STAND ALONE VIDEO GAME MACHINES, STAND ALONE AUDIO OUTPUT GAME MACHINES; DECORATIONS FOR CHRISTMAS TREES; SPORTING ARTICLES, NAMELY, GOLF CLUBS, BASEBALLS, FOOTBALLS, PADDLE BALLS, BOWLING BALLS, BASEBALL BATS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 4-10-2008; IN COMMERCE 4-10-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,355,702, 2,764,296, AND 2,811,653.

SER. NO. 86-042,710, FILED 8-20-2013.

DAVID BROOKSHIRE, EXAMINING ATTORNEY



**Deputy Director of the United States**
**Patent and Trademark Office**

**Int. Cl.: 41**

**Prior U.S. Cls.: 100, 101, and 107**

**United States Patent and Trademark Office**

**Reg. No. 2,355,702**

**Registered June 6, 2000**

## SERVICE MARK
### PRINCIPAL REGISTER

## SPONGEBOB SQUAREPANTS

VIACOM INTERNATIONAL INC. (DELAWARE COR-
PORATION)
1515 BROADWAY
NEW YORK, NY 10036

FOR: ENTERTAINMENT SERVICES IN THE NA-
TURE OF AN ANIMATED TELEVISION SERIES, IN
CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 7–17–1999; IN COMMERCE 7–17–1999.

SN 75–354,296, FILED 9–9–1997.

CAROLINE WEST, EXAMINING ATTORNEY

Int. Cl.: 30

Prior U.S. Cl.: 46

**United States Patent and Trademark Office**

Reg. No. 2,900,693
Registered Nov. 2, 2004

## TRADEMARK
### PRINCIPAL REGISTER

## KRABBY PATTIES

VIACOM INTERNATIONAL INC. (DELAWARE CORPORATION)
1515 BROADWAY
NEW YORK, NY 10036

FOR: BREAD STICKS, BUBBLE GUM, CANDY CAKE DECORATIONS, EDIBLE CAKE DECORATIONS, CAKE MIXES, CAKES, CAKES AND CHOCOLATE BASED FILLINGS FOR PIES AND CAKES, CANDY, CANDY COATED POPCORN, CARAMEL POPCORN, CARAMELS, CEREAL BASED SNACK FOOD, CHEESE FLAVORED CORN PUFFED SNACKS, CHEWING GUM, CHOCOLATE CHIPS, CORN CHIPS, FLOUR BASED CHIPS, CHOCOLATE, CHOCOLATE COVERED NUTS, CHOCOLATE POWDER, CHOCOLATE SYRUP, CHOCOLATE TOPPING, COCOA MIXES, CONES FOR ICE CREAM, COOKIES, CORN CURLS, CRACKER AND CHEESE COMBINATIONS, CRACKERS, FOOD READY TO EAT CEREAL DERIVED FOOD BARS, FROSTING, FRUIT PIES, FLAVORED AND SWEETENED GELATINS, GRANOLA BASED SNACK BARS, HOT CHOCOLATE, POPPED POPCORN, PRETZELS, PUDDINGS, WAFFLES, ICE CREAM, ICE MILK, FLAVORED ICES, FROZEN CONFECTIONS, FROZEN YOGURT, FROZEN CUSTARD, ALL RELATING TO TELEVISION PROGRAMS, IN CLASS 30 (U.S. CL. 46).

FIRST USE 8-1-2003; IN COMMERCE 8-1-2003.

SN 78-203,497, FILED 1-15-2003.

AMY GEARIN, EXAMINING ATTORNEY

# TAB C-8

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

PAu3 – 098 – 859

**EFFECTIVE DATE OF REGISTRATION**

FEB 0 2 2007

Month          Day          Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

Spongebob Squarepants - Episode # 84

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼ See Instructions**

Audiovisual

## 2

**a**  **NAME OF AUTHOR ▼**
Viacom International Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR Citizen of _____
Domiciled in  USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire work.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**  **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**  **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a**  **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**  This information must be given Year in all cases.
2007

**b**  **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information Month _____ Day _____ Year _____
ONLY if this work has been published.
Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Viacom International Inc.
1515 Broadway
New York, NY 10036

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
FEB 0 2 2007
**ONE DEPOSIT RECEIVED**
FEB 0 2 2007  DVD/L
**TWO DEPOSITS RECEIVED**
Animated  MP
**FUNDS RECEIVED**

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

**APPX 310**

| EXAMINED BY | | FORM PA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.

**5**

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

**a  6**

See instructions before completing this space.

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                         Account Number ▼

**a  7**

MTV Networks                                   83941

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

**b**

Viacom International Inc.  Attn:  Cindy Morales
1515 Broadway, 34th Floor, New York, NY 10036

Area code and daytime telephone number  ( 212 ) 846-8892          Fax number  ( 212 ) 846-1774
Email

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of **Viacom International Inc.**

**8**

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Laurie L. Dillon, VP Intellectual Property                              Date  1/22/07

Handwritten signature (X) ▼

x  Laurie Dillon

| Certificate will be mailed in window envelope to this address: | Name ▼ Viacom International Inc.   Attn:  Cindy Morales | **9** |
|---|---|---|
| | Number/Street/Apt ▼ 1515 Broadway, 34th Floor | |
| | City/State/ZIP ▼ New York, NY 10036 | |

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000   Web Rev: June 2002   ℗ Printed on recycled paper          U.S. Government Printing Office: 2000-461-113/20021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## PAu 3-450-982

**Effective date of registration:**

March 3, 2010

## Title

**Title of Work:** Spongebob Squarepants - Eps. 143 - "The Great Patty Caper"

## Completion/ Publication

**Year of Completion:** 2010

## Author

**Author:** Viacom International Inc.

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Viacom International Inc.

1515 Broadway, New York, NY, 10036, United States

## Rights and Permissions

**Organization Name:** Viacom International Inc.

## Certification

**Name:** Cindy Morales

**Date:** March 1, 2010

**Registration #:**   PAU003450982

**Service Request #:**   1-344826107

Viacom International Inc.
Cindy Morales
1515 Broadway
New York, NY 10036

# CERTIFICATE OF REGISTRATION

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

RE

**PA 1-026-759**



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

EFFECTIVE DATE OF REGISTRATION

**NOV 17 2000**

| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**
SPONGEBOB SQUAREPANTS - "Hall Monitor" and "Jellyfish Jam"

**PREVIOUS OR ALTERNATIVE TITLES ▼**
Episode #7

**NATURE OF THIS WORK ▼** See instructions
Audiovisual Work

## 2

**a**

**NAME OF AUTHOR ▼**
Viacom International Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR Citizen of ▶ _____
Domiciled in ▶ **USA**

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire work, including but not limited to, videotrack, soundtrack, images, and animation.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1999 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ August   Day ▶ 28   Year ▶ 1999
USA ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Viacom International Inc.
1515 Broadway
New York, NY 10036

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
NOV 17 2000   MAR 21 2001
ONE DEPOSIT RECEIVED
NOV 17 2000   ¼"VT/L
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

**APPX 314**

EXAMINED BY **IG·S**                                                    FORM PA

CHECKED BY

☑ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE·THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is "no," go to space 7.

**5**

a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼              Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

**6**

See instructions
before completing
this space.

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                          Account Number ▼

**a**

**7**

MTV Networks                                    83941

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

**b**

Viacom International Inc.          Attn: Daniel Chung, Esq.
1515 Broadway                     34th floor
New York, NY 10036

Area code and daytime telephone number ▶ ( 212 ) 846-4649          Fax number ▶ ( 212 ) 846-1762
Email ▶

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Viacom International Inc.

**8**

Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Daniel Chung, Esq.                                          Date ▶   November 13, 2000

Handwritten signature (X) ▼

☞   x   *Daniel Chung*

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Viacom International Inc.          Attn: Daniel Chung, Esq.

Number/Street/Apt ▼
1515 Broadway                     34th floor

City/State/ZIP ▼
New York, NY 10036

**9**

YOU MUST
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999,
the filing fee for
Form PA is $30.

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in
connection with the application, shall be fined not more than $2,500.     ♻ PRINTED ON RECYCLED PAPER     ✩U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/68
June 1999—200,000

**APPX 315**

# CERTIFICATE OF REGISTRATION



UNITED STATES COPYRIGHT OFFICE ★ THE LIBRARY OF CONGRESS ★

**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

## FORM PA
**For a Work of the Performing Arts**
UN~

**PA 994-411**
*=P0000994411=*

**EFFECTIVE DATE OF REGISTRATION**
June 9, 2000
Month        Day        Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**
SPONGEBOB SQUAREPANTS - Help Wanted/Reef Blowers/Tea at the Treedome

**PREVIOUS OR ALTERNATIVE TITLES ▼**
SPONGEBOB SQUAREPANTS - Episode #001

**NATURE OF THIS WORK ▼** See Instructions

Audiovisual Work

**2**

**a**

**NAME OF AUTHOR ▼**
Viacom International Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶_____
Domiciled in▶  U.S.A.

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?        ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire work, including but not limited to, videotrack, soundtrack, images and animation.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶_____
Domiciled in▶_____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?        ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶_____
Domiciled in▶_____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?        ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given
1999 ◀ Year in all cases.

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ May        Day ▶ 1        Year ▶ 1999
U.S.A. ◀ Nation

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Viacom International Inc.
1515 Broadway
New York, New York 10036

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JUN 09 2000
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED  3/4 "07 L
JUN 09 2000
FUNDS RECEIVED

DO NOT WRITE HERE APP:LIKE ONLY

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of __ pages

**APPX 316**

EXAMINED BY DBC          FORM PA

CHECKED BY

☑ CORRESPONDENCE
  Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is "no," go to space 7.
**a.** ☐ This is the first published edition of a work previously registered in unpublished form.
**b.** ☐ This is the first application submitted by this author as copyright claimant.
**c.** ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

**6**

See instructions
before completing
this space.

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                      Account Number ▼

MTV Networks                                                83941

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼
Viacom International Inc.          Attn: Daniel Chung, Esq.
1515 Broadway                     34th Floor
New York, New York 10036

**b**

Area code and daytime telephone number ▶ ( 212 ) 846-4649          Fax number ▶ ( 212 ) 846-1762
Email ▶

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Viacom International Inc.
                    Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Daniel Chung, Esq.                                          Date ▶ 6/8/00

Handwritten signature (X) ▼
☞ X _Daniel Chung_

**Certificate**
**will be**
**mailed in**
**window**
**envelope**
**to this**
**address:**
Name ▼
Viacom International Inc.          Attn: Daniel Chung, Esq.
Number/Street/Apt ▼
1515 Broadway          34th Floor
City/State/ZIP ▼
New York, New York 10036

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS**
**IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

As of July 1, 1999,
the filing fee for
Form PA is $30.

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in
connection with the application, shall be fined not more than $2,500.
June 1999—200,000          ♻ PRINTED ON RECYCLED PAPER          ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/68
WEB REV: June 1999

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-709-836

**Effective date of registration:**

November 29, 2010

---

## Title

**Title of Work:** Spongebob Squarepants - Legends of Bikini Bottom

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** November 16, 2010          **Nation of 1st Publication:** United States

## Author

■          **Author:** Viacom International Inc.

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Viacom International Inc.

1515 Broadway, New York, NY, 10036, United States

## Rights and Permissions

**Organization Name:** Viacom International Inc.

## Certification

**Name:** Cindy Morales

**Date:** November 23, 2010

---

**Registration #:**    PA0001709836

**Service Request #:**   1-523612552



Viacom International Inc.
Cindy Morales
1515 Broadway
New York, NY 10036  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## PAu 3-343-952

**Effective date of
registration:**

January 21, 2008

## Title

**Title of Work:** Spongebob Squarepants-To Love a Patty

## Completion/ Publication

**Year of Completion:** 2007

## Author

■     **Author:** Viacom International Inc.

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States       **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Viacom International Inc.

1515 Broadway, New York, NY, 10036, United States

## Limitation of copyright claim

**Material excluded from this claim:** Previously published episodes.

**New material included in claim:** All other cinematographic material.

## Certification

**Name:** Cindy Morales

**Date:** January 15, 2008

**Correspondence:** Yes

**IPN#:**

**Registration #:**    PAU003343952

**Service Request #:**   1-32451815

Viacom International Inc.
Cindy Morales
1515 Broadway
New York, NY 10036  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**PAu 3-340-630**

**Effective date of
registration:**

November 30, 2007

## Title

**Title of Work:** Spongebob Squarepants-Eps. #100-"Banned in Bikini Bottom" "Stanly S. Squarepants"

## Completion/ Publication

**Year of Completion:** 2007

## Author

**Author:** Viacom International Inc.

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Viacom International Inc.

1515 Broadway, New York, NY 10036 United States

## Certification

**Name:** Cindy Morales

**Date:** November 26, 2007

**IPN#:**

**Registration #:**   PAU003340630

**Service Request #:**   1-20786173

Viacom International Inc.
Cindy Morales
1515 Broadway
New York, NY 10036  United States

**APPX 323**

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-775-030

**Effective date of
registration:**

April 8, 2011

## Title

**Title of Work:** SpongeBob SquarePants - The First 100 Episodes

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** September 22, 2009    **Nation of 1st Publication:** United States

## Author

■    **Author:** Viacom International Inc.

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Viacom International Inc.

1515 Broadway, New York, NY, 10036, United States

## Limitation of copyright claim

**Material excluded from this claim:** Previously Published Episodes

**New material included in claim:** Compilation and all other cinematographic material

## Rights and Permissions

**Organization Name:** Viacom International Inc.

## Certification

**Name:** Cindy Morales

**Date:** April 7, 2011

**Registration #:**   PA0001775030

**Service Request #:**   1-592969482



Viacom International Inc.
Cindy Morales
1515 Broadway
New York, NY 10036  United States

**APPX 325**

# TAB C-9

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-930-950

**Effective Date of Registration:**
February 06, 2015

---

## Title

**Title of Work:** THE SPONGEBOB MOVIE: SPONGE OUT OF WATER

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** January 28, 2015
**Nation of 1st Publication:** Belgium

## Author

- **Author:** Paramount Pictures Corporation
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Paramount Pictures Corporation
5555 Melrose Avenue, Hollywood, CA, 90038, United States

**Copyright Claimant:** Viacom International Inc.
1515 Broadway, New York, NY, 10036, United States
**Transfer statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** preexisting music, SpongeBob SquarePants TV Series

**New material included in claim:** all other cinematographic material

## Certification

**Name:** Michelena Hallie
**Date:** February 06, 2015

---

Page 1 of 1

APPX 327

Registration #: PA0001930950
Service Request #: 1-2118623382

Paramount Pictures Corporation
Daniel O'Rourke
5555 Melrose Avenue
Lubitsch 215
Hollywood, CA 90038 United States

# TAB C-10





# TROUBLE AT THE KRUSTY KRAB!



adapted by Steven Banks
illustrated by Zina Saunders
based on the movie written by Derek Drymon, Tim Hill, Steve Hillenburg,
Kent Osborne, Aaron Springer, and Paul Tibbitt

Ready-to-Read

Simon Spotlight/Nickelodeon

APPX 331



Based on *The SpongeBob SquarePants Movie* by Nickelodeon Movies and Paramount Pictures.

SIMON SPOTLIGHT
An imprint of Simon & Schuster Children's Publishing Division
1230 Avenue of the Americas, New York, New York 10020

Copyright © 2004 Paramount Pictures and Viacom International Inc. All rights reserved. NICKELODEON,
*SpongeBob SquarePants*, and all related titles, logos, and characters are trademarks of Viacom International Inc.
Created by Stephen Hillenburg.

All rights reserved, including the right of reproduction in whole or in part in any form.

READY TO READ, SIMON SPOTLIGHT, and colophon are registered trademarks of Simon & Schuster, Inc.

Manufactured in the United States of America

10   9

Library of Congress Cataloging in Publication Data
Banks, Steven, 1954–
Trouble at the Krusty Krab! / by Steven Banks, 1st ed.
p. cm.   (Ready-to-read)
"Based on the TV series SpongeBob SquarePants created by Stephen Hillenburg as seen on Nickelodeon."
Summary: When disaster hits the Krusty Krab, only SpongeBob SquarePants has what it takes to set things right.
ISBN 978 0 689 86538 2
Marine animals Fiction. 2. Restaurants Fiction. 3. Humorous stories.) I. SpongeBob SquarePants (Television program)
II. Title. III. Series.
PZ7.B22637Tr 2004   [E] dc22   2004026366
0111 LAK



There was trouble at the Krusty Krab! Police helicopters circled above town. The people of Bikini Bottom had gathered to see what was going on.

News reporters came up to
the owner, Mr. Krabs.
The people want to know:
What is going on?"
asked a reporter.

"Settle down! Please!"
shouted Mr. Krabs.
"We have a problem here
that I would rather not discuss
until my manager gets here!"





Just then a car pulled up,
and out stepped
SpongeBob SquarePants.
The crowd cheered!

"My manager is here!"
cried Mr. Krabs with a sigh
of relief. "The day is saved!

APPX 334



"Talk to me, Krabs,"
said SpongeBob.
"It started out as a simple order:
a Krabby Patty with cheese,"
said Mr. Krabs.

"So what went wrong?"
asked SpongeBob.
"The customer took a bite
and . . . and . . . and . . ."
Mr. Krabs couldn't go on.

"Spit it out, Krabs!"
  cried SpongeBob.
"THERE WAS NO CHEESE!"
  shouted Mr. Krabs
  as he started to cry.
"Get a hold of yourself, Eugene,"
  cried SpongeBob.



APPX 336

SpongeBob faced the crowd.
"Okay, everyone," said SpongeBob,
"I am going in."
Patrick ran up to SpongeBob
and begged, "Do not do it!
It's too dangerous!"
SpongeBob smiled. "Do not worry.
'Dangerous' is my middle name!"

As SpongeBob walked up
to the door he said,
"If I do not make it back alive,
give all my jellyfishing nets
to Squidward."
"I do not want them!"
yelled Squidward from the crowd.



APPX 337



The crowd watched as SpongeBob
entered the Krusty Krab.
"Will SpongeBob be able to get
some cheese on that patty,
Mr. Krabs?" asked a reporter.

"He has to! He must!" said Mr. Krabs.
"But what if he can't?"
asked the reporter.
"THEN THE WORLD AS WE KNOW IT
IS OVER!" cried Mr. Krabs.



The customer who had ordered the Krabby Patty sat in the corner of the restaurant. He looked up at SpongeBob. "Who are you?" he asked. "I am the manager of this place," said SpongeBob.

"I am really scared, man!" cried the customer. SpongeBob replied, "Do not worry. Everything is going to be fine."



Outside, the crowd waited.
A reporter spoke into a microphone
saying, "SpongeBob has been
inside for ten seconds!"
"The suspense is killing me!"
cried Mr. Krabs.
"Me too," said Patrick,
eating an ice-cream cone.

APPX 340

Back inside, SpongeBob sat down with
the customer. "Do you have a name?"
asked SpongeBob.
"My name is Phil," said the customer.
SpongeBob nodded and said,
"That's a good name."

"YOU DO NOT UNDERSTAND!"
screamed Phil.
"I CANNOT TAKE IT! THERE WAS
NO CHEESE!"



"Stay with me, Phil!"
said SpongeBob.
"Do you have a family?"
"Yes," replied Phil.
"I have a lovely wife
and two great children."
"That's what it is all about,"
said SpongeBob.

"Okay, Phil," said SpongeBob.
"Stay calm. I am just going to
open my briefcase."
"Why?" cried Phil.
"I have only got one shot at this,
and I have to get out the
right tools for the job,"
said SpongeBob.





SpongeBob reached into the
briefcase and pulled out a pair of
solid gold tweezers.
"Solid gold tweezers!" shouted Phil.
"Yes, they are!"
said SpongeBob.

"Now I want you to do me
a favor, Phil,"
said SpongeBob.
"What?" Phil asked.
"Say cheese!" said
SpongeBob as he pulled
out a slice of . . .
CHEESE!

SpongeBob carefully put the cheese onto the Krabby Patty.

Success! The cheese was on the Krabby Patty!
SpongeBob marched out of the Krusty Krab with a smiling Phil by his side.
"Order up!" cried SpongeBob.





SpongeBob, I would like to give you the Manager of the Year Award," said Mr. Krabs. SpongeBob just smiled back, looking pleased with himself.

Then Mr. Krabs turned to Phil and said, "And that will be two dollars and ninety-five cents for the Krabby Patty, Phil."

APPX 345

Suddenly the crowd gathered around
SpongeBob and lifted him up
in the air.
"Three cheers for the manager!"
cried Mr. Krabs. "Hip hip!"
Honk!
"Hip, hip!" shouted Mr. Krabs.
Honk!

Honk!
"What's that noise?"
wondered SpongeBob.
"Sounds like an alarm clock
going off to me," said Patrick.
"It's my alarm clock!"
said SpongeBob.
"I must be dreaming!"



SpongeBob woke up in his bed.
"Gary, I had my favorite
dream again about being the manager
of the Krusty Krab! Do you think it
will ever happen, Gary?"
"Meow," said Gary.
SpongeBob smiled.
"That is exactly how I feel!"



APPX 347



# ②LEVEL 2  R E A D Y - T O - R E A D

Something terrible has happened at the
Krusty Krab and it's SpongeBob to the rescue!

**Ready-to-Read books offer children a world
of possibilities at four different reading levels:**

**①PRE-LEVEL 1  Recognizing Words**
- Word repetition
- Familiar words and phrases
- Simple sentences

**①LEVEL 1  Starting to Read**
- Simple stories
- Increased vocabulary
- Longer sentences

**②LEVEL 2  Reading Independently**
- More-complex stories
- Varied sentence structure
- Paragraphs and short chapters

**③LEVEL 3  Reading Proficiently**
- Rich vocabulary
- More-challenging stories
- Longer chapters

ISBN 978-0-689-86838-2  $3.99 U.S./$4.50 Can.

9 780689 868382   50399

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

# TX 6-982-191

**Effective date of registration:**

June 30, 2009

## Title

**Title of Work:** Trouble at the Krusty Krab!

**Series Title:** SpongeBob SquarePants

## Completion/Publication

**Year of Completion:** 2004

**Date of 1st Publication:** October 1, 2004    **Nation of 1st Publication:** United States

**International Standard Number:** ISBN    9780689868382

## Author

▪ **Author:** Simon & Schuster, Inc.

**Author Created:** text, artwork

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Viacom International Inc.

c/o Simon & Schuster, 1230 Avenue of the Americas, New York, NY, 10020

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** Based on the TV series

**New material included in claim:** text, artwork

## Rights and Permissions

**Organization Name:** Simon & Schuster

**Address:** 17th Floor

1230 Avenue of the Americas

New York, NY 10020

## Certification

**Name:** Emily Keyes

**Date:** June 25, 2009

# **TAB C-11**

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

**Registration Number**

## VAu 1-257-384

**Effective Date of Registration:**
June 30, 2016

*Kay Leigh Clayett*

Acting United States Register of Copyrights and Director

## Title
___

**Title of Work:** SpongeBob SquarePants: Saturated 2.0 - 2017 Supplement Guide

## Completion/Publication
___

**Year of Completion:** 2016

## Author
___

- **Author:** Viacom International Inc.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant
___

**Copyright Claimant:** Viacom International Inc.
1515 Broadway, New York, NY, 10036, United States

## Certification
___

**Name:** Laurie Lawrence Dillon
**Date:** June 30, 2016

**Copyright Office notes:** Basis for Registration: Collective work

Page 1 of 1



**Registration #:**  VAu001257384
**Service Request #:**  1-3773184750

Viacom International Inc.
Laurie Lawrence Dillon
1515 Broadway
34th Floor
New York, NY 10036 United States









## CREATIVE ESSENCE

For kids of all ages, SpongeBob delivers a world of childlike happiness and laughter.

## THEME OVERVIEW

It's Bikini Bottom at its brightest in the new Saturated 2.0 Supplement Guide! With a combination of SpongeBob's classic humor, a nautical theme, and bright and bold colors, this fashion concept dives deep into style with everyone's favorite ocean residents, on-trend phrases and graphic designs.

NOTE: If you wish to mix art from different themes, please consult your Nickelodeon product approval contact first to ensure design adheres to property strategy. Talk to your Nickelodeon contact about retail strategies for this theme.



© 2017 Viacom International Inc. All Rights Reserved. Nickelodeon, SpongeBob SquarePants and all related titles, logos and characters are trademarks of Viacom International Inc. SpongeBob SquarePants created by Stephen Hillenburg.







SATURATED2.0
2017 SUPPLEMENT GUIDE

SpongeBob SQUAREPANTS

SB_SO_Grp_001_Alt

Sb_Pktm_003_Alt

SB_SBob_015_Alt

SB_SBob_338_Alt

SB_SBob_553_Alt

SB_Classic_Pktm_003_Alt

SB_SS15_PS_SBob_001_Alt

SB_SSM_AP_SBob_002_Alt



SATURATED **2.0**
2017 SUPPLEMENT GUIDE

SPONGEBOB SQUAREPANTS

SB_SBob_433_flop_Alt

SB_Grp_166b_Alt

SB_Grp_121_Alt

SB_ES_SBob_010_Alt

SB_ES_Grp_003_Alt

SB_Grp_115_flop_Alt

© 2017 Viacom International Inc. All Rights Reserved. Nickelodeon, SpongeBob SquarePants and all related titles, logos and characters are trademarks of Viacom International Inc. SpongeBob SquarePants created by Stephen Hillenburg.



SATURATED 2.0

2019 SUPPLEMENT GUIDE

SpongeBob SquarePants

SB_Classic_Grp_018_Alt1

SB_Classic_Pearl_002_Alt

SB_Puff_001_Alt

SB_Classic_Larry_001_Alt

SB_Gary_013_Alt

© 2019 Viacom International Inc. All Rights Reserved. Nickelodeon, SpongeBob SquarePants and all related titles, logos and characters are trademarks of Viacom International Inc. SpongeBob SquarePants created by Stephen Hillenburg.



**2017 SUPPLEMENT GUIDE**





SB_SSG2_Fish_001

SB_SSG2_Fish_002



SB_SSG2_Fish_003

SB_SSG2_Fish_004

SB_SSG2_Fish_005



SB_SSG2_Fish_006



SB_SSG2_Fish_007

SB_SSG2_Fish_008

© 2016 Viacom International Inc. All Rights Reserved. Nickelodeon, SpongeBob SquarePants, and all related titles, logos and characters are trademarks of Viacom International Inc. SpongeBob SquarePants created by Stephen Hillenburg.

page 08

# SaTURaTeD 2.0
## 2017 SUPPLEMENT GUIDE



JUMPIN' JELLYFISH

REEL IN THE LAUGHS

GET REEL!

· ○ ● ○ ●

ABSORB THE FUN!

MAKE A SPLASH!

DIVE DEEP!

SPLASH ON!

I'M BUBBLES FOR YOU!

· ○ ● ○ ●

SPONGEBOB SQUAREPANTS

FAIR AND SQUAREPANTS

SQUARE 1
· ○ ● ○ ●

GO WITH THE FLOW

HAPPY AS A CLAM

FULL SAILS AHEAD

NEVER A DRY MOMENT!

PORE IT ON!

· ○ ● ○ ●

HOME SWEET PINEAPPLE

FRY FREE!

I AM HAPPY

PERFECTLY IMPERFECT

PINKY UP!

I'M READY!

DON'T BE SHELLOUS!

· ○ ● ○ ●

PARTY'S HERE

BUBBLY PERSONALITY

© 2017 Viacom International Inc. All Rights Reserved. Nickelodeon, SpongeBob SquarePants and all related titles, logos and characters are trademarks of Viacom International Inc. SpongeBob SquarePants created by Stephen Hillenburg.



2011 SUPPLEMENT GUIDE



**ARCUS**

ABCDEFGHIJKLMNOPQRSTUUWXYZ
ABCDEFGHIJKLMNOPQRSTUUWXYZ
0123456789
http://new.myfonts.com

**Al maison**

ABCDEFGHIJKLMNOPQRSTUUWXYZ
abcdefghijklmnopqrstuvwxyz
0123456789
http://www.fontsgang.com

**Titan One**

ABCDEFGHIJKLMNOPQRSTUVWXYZ
abcdefghijklmnopqrstuvwxyz
0123456789
http://www.fontsquirrel.com

**Yellowtail**

ABCDEFGHIJKLMNOPQRSTUVWXYZ
abcdefghijklmnopqrstuvwxyz
0123456789
http://www.fontsquirrel.com

**NOVECENTO SLAB WIDE**

ABCDEFGHIJKLMNOPQ
RSTUVWXYZ0123456789
http://www.fontsquirrel.com

**LIBERATOR**

ABCDEFGHIJKLMNOPQRS
TUVWXYZ
0123456789
http://www.losttype.com

**AVANI GARDE**

ABCDEFGHIJKMNOPQRSTUVWXYZ
abcdefghijklmnopqrstuvwxyz
0123456789
http://myfonts.com

these fonts are provided for creative reference only. Picture use of the above fonts may require your business to purchase such font software before it can be used, directly from the font maker.

© 2011 Viacom International Inc. All Rights Reserved. Nickelodeon, SpongeBob SquarePants and all related titles, logos and characters are trademarks of Viacom International Inc. SpongeBob SquarePants created by Stephen Hillenburg.

page 010







# SATURATED 2.0
### 2017 SUPPLEMENT GUIDE

Pantone Legal Line   The colors shown on this page and throughout this style guide have no been evaluated by Pantone, Inc. for accuracy and may not attn the PANTONE Color Standards. PANTONE is a registered trademark of Pantone, Inc. PANTONE colors, the standards for which are as shown in the current edition of the PANTONE Color Formula Guide.

**GREEN**
Primary
15-0145 TPX
Secondary
13-0550 TPX

**DARK BLUE**
296C

**YELLOW**
Primary
13-0946 TPX
Secondary
13-0939 TPX

14-5912 TPX

**GREEN**
15-0543 TPX

18-1142 TPX

**LIGHT PINK**
14-1911 TPX

**PINK**
Primary
13-2029 TPX
Secondary
18-2328 TPX

Primary
16-4535 TPX
Secondary
12-4608 TPX

**MID BLUE**
18-3949 TPX

**GREY**
15-4101 TPX

**ORANGE**
Primary
15-1160 TPX
Secondary
16-1362 TPX

**NAVY BLUE**
19-4052 TPX

**BLACK**

**WHITE**

page 013

© 2014 Viacom International Inc. All Rights Reserved. Nickelodeon, SpongeBob SquarePants and all related titles, logos and characters are trademarks of Viacom International Inc.
SpongeBob SquarePants created by Stephen Hillenburg





© 2014 Viacom International Inc. All Rights Reserved. Nickelodeon, SpongeBob SquarePants and all related titles, logos and characters are trademarks of Viacom International Inc. SpongeBob SquarePants created by Stephen Hillenburg.

page 015













SB_SSG2_Patch_003

SB_SSG2_Patch_004

© 2013 Viacom International Inc. All Rights Reserved. Nickelodeon, SpongeBob SquarePants and all related titles, logos and characters are trademarks of Viacom International Inc. SpongeBob SquarePants created by Stephen Hillenburg.









SB_SSG2_Patch_005



SB_SSG2_Patch_006

© 2013 Viacom International Inc. All Rights Reserved. Nickelodeon, SpongeBob SquarePants and all related titles, logos and characters are trademarks of Viacom International Inc. SpongeBob SquarePants created by Stephen Hillenburg







SB_SSG2_Sig_Ptn_001          SB_SSG2_Sig_Ptn_002          SB_SSG2_Sig_Ptn_003





SB_SSG2_Sec_Ptn_001

SB_SSG2_Sec_Ptn_002

SB_SSG2_Sec_Ptn_003

SB_SSG2_Sec_Ptn_004

SB_SSG2_Sec_Ptn_005

page 026





# REQUIRED COPYRIGHT AND TRADEMARK NOTICES:

The names and likenesses of all Nickelodeon SpongeBob SquarePants characters, artwork, and distinctive lettering are protected under the copyright laws of the United States and all foreign countries. A copyright and trademark notice in the following form MUST appear on all licensed merchandise and in all advertising for any licensed merchandise:

© 2016 Viacom International Inc. All Rights Reserved. Nickelodeon, SpongeBob SquarePants and all related titles, logos and characters are trademarks of Viacom International Inc.

For this property, you must include EITHER Stephen Hillenburg's signature OR, as the last line in the legal: SpongeBob SquarePants created by Stephen Hillenburg.



The year to be included in this notice is the year in which the design of the product is first distributed to the public. This legal information should be placed on the back of the package, bottom right side, near the licensing logo. In addition, the symbols ® or TM, as applicable, should appear next to the first or most prominent use of the name SpongeBob SquarePants and any character names when they appear on a piece of licensed merchandise or in any advertising copy. On products and in print advertising, the required notices must be applied in a legible and permanent format. The proper wording and placement of all notices must be approved, in writing, by Nickelodeon, as appropriate.

Note: These notices are for use in the United States and Canada ONLY. Because of variations in laws in some countries, notices and legal procedures must be cleared with MTV Networks before advertising or marketing products in other countries

© 2016 Viacom International Inc. All Rights Reserved. Nickelodeon, SpongeBob SquarePants and all related titles, logos and characters are trademarks of Viacom International Inc. SpongeBob SquarePants created by Stephen Hillenburg

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-109-354

**Effective date of registration:**

June 20, 2012

---

## Title

**Title of Work:** SpongeBob SquarePants - 2002 Toolkit

## Completion/Publication

**Year of Completion:** 2002

## Author

- **Author:** Viacom International Inc.

**Author Created:** 2-D artwork

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Viacom International Inc.

1515 Broadway, New York, NY, 10036, United States

## Certification

**Name:** Laurie Lawrence Dillon

**Date:** June 13, 2012

**Registration #:**   VAU001109354
**Service Request #:**   1-780630042



Viacom International Inc.
Laurie Lawrence Dillon
1515 Broadway
34th Fl.
New York, NY 10036  United States

**APPX 384**





## SHOW SYNOPSIS

Deep down in the Pacific Ocean, in the subterranean city of Bikini Bottom, lives a square yellow sea sponge with a penchant for stalking wild jellyfish (there's nothing like jelly straight from the source for a really great sandwich). His name, like his body, is SPONGEBOB SQUAREPANTS™. SpongeBob lives in a pineapple with his pet snail, GARY. He's a dedicated fry cook at the happenin' Krusty Krab. His goal in life is to make the perfect Krabby Patty and become "Employee of the Month." Every month. SpongeBob is incurably optimistic, a really well intentioned sponge, but he always finds himself in hot water without really trying. And he's usually not alone. Because wherever SpongeBob goes, his best friend and neighbor, PATRICK STAR, is never far behind. Together they usually wreak havoc on another neighbor and SpongeBob's Krusty Krab colleague – SQUIDWARD TENTACLES. No matter how you swim it, Bikini Bottom is awash with waterlogged characters in surreal undersea surroundings. In fact, nowhere else could you expect to find a supporting cast that includes a money-hungry crustacean, MR. KRABS – SpongeBob's boss; and Mr. Krabs' spoiled whale of a child, PEARL. And from the bottom of the food chain – PLANKTON, the evil, microscopic owner of Plankton's Chum Bucket, the Krusty Krab's rival. And let's not forget that Bikini Bottom, home to nautical nonsense and sardonic wit, is also home to the world's only known underwater thrill-seeking surfer-girl squirrel, SANDY CHEEKS.

So don't just get your feet wet, dive right in to the only show on television that dares its audience to ponder real questions, like: If Mr. Krabs eats a krabby patty, is he a cannibal?... Is Squidward so bitter because he's an octopus named "Squid?"... how many sardines can a school bus hold?











APPX 391







APPX 394





APPX 396











SpongeBob's Doodle of SpongeBob
This SpongeBob doodle is perfect as a stamp, mark, embossed signature accent or to be used as a funky element for a design. It could be it's own key art but please do not use this art as a replacement for a pose or use to interact with other characters.

SB.Doodle.4c.eps

SB.Bus.002.4c.eps

SB.BubbleJar.4c.eps

SB.TVset.001.4c.eps

SB.TVset.002.4c.eps

SB.LifePreserver.4c.eps

SB.WalkieTalkie.4c.eps

SB.Bus.001.4c.eps

SB.Boat.001.4c.eps

SB.Glasses.4c.eps

SB.Porthole.4c.eps

SB.KelpBar.4c.eps

SB.Chest.001.4c.eps

SB.Pirate.4c.eps

SB.RecordPlayer.4c.eps

SB.Chest.002.4c.eps

SB.Patty.4c.eps

SB.Telescope.4c.eps

SB.Wood.001.4c.eps

SB.Anchor.4c.eps

SB.Boat.002.4c.eps

SB.Bamboo.001.4c.eps

SB.AlarmClock.4c.eps

SB.Clarinet.4c.eps

SB.Wood.002.4c.eps

SB.GaryDish.4c.eps

SB.Bamboo.002.4c.eps







# Making Stuff

The main ingredients in ALL SpongeBob SquarePants products and promotional materials are:

- Comedy & Humor
- Nautical & Polynesian Nonsense
- Tiki & Surf Design

## Comedy & Humor

The comedy, in particular the physical/visual comedy, is an incredibly important factor in this program. SpongeBob has a great passion for life. He is amazingly enthusiastic in everything he does, but his enthusiasm often outpaces his abilities. There is a real sense of innocence and magic at the heart of the show. It celebrates SpongeBob's way of always looking at the bright side of things.

He has an "I think I can" attitude that rubs off on his audience, helping kids find the humorous irony even in life's dullest details. SpongeBob is an underdog who really wants to fit in and have everyone like him. He makes a lot of mistakes, but he doesn't let that slow him down. SpongeBob tends to approach things in a wayward, unconventional and ultimately funny way. This implies the character art will not be "stagnant" or generic. All the characters should have movement in an edgy, extreme way. Gags are a must. There is an inherent silliness to SpongeBob that is innocent and naive. The entire humor should relate to the product or back to the property. SpongeBob and his friends are usually laughing or reacting with extreme emotions to whatever is occurring. Their expressions should be in character with their personalities, of course, but comedic emotion is the key.

## Nautical & Polynesian Nonsense

The show takes place under the sea, in a place called Bikini Bottom. Nautical items and Polynesian effects are part of this environment. The place is filled with underthesea things like jellyfish and coral. But the standard oceanic items have taken on new personalities: jellyfish can be squeezed for real jelly... fish don't swim but act as people... and sponges can walk & talk. The environment is filled with items like pineapples, treasure chests, Tiki and Easter Island heads, anchors, boats, buckets, plankton & kelp. Often this nautical nonsense works as a "surprise" or an element to the gags. Nautical also works well for editorial. Using water-based terminology whenever possible gives SpongeBob a unique (often fishy) flavor.

### Phrase for Thought

- "20,000 leagues of waterlogged hilarity"
- "You'll laugh so hard you'll get the bends"
- "Hoppin' Clams!"
- "You blasted barnaclehead!"
- "It's the kind of smelly smell that smells smelly"
- "Curiosity salted the snail."

- "The finest eating establishment ever established for eating."
- "Holy mackerel!"
- "You're paler than a baby seahorse!"
- "You're all washed up!"
- "Your shipsmate's been a bad pirate!"

## Tiki & Surf Design

SpongeBob aesthetic is grounded heavily in the Tiki/Polynesian look or the "retro" Surf styles of the '60s and '70s. This allows for a lot of flexibility and design possibilities, however these design influences do not extend to language. SpongeBob does not use popular words or catchy phrases from now or then, so avoid terminology like "kooky," "totally," "radical" and "bogus."





# Font Menu

## Headline Fonts

**Peanut Butter and Jellyfish Jam Sandwich**.....................Tiki Surf
Sweet, fragrant jelly, sucked straight from the jellyfish, served on only the freshest white bread. Side of chocolate milk available.

**Sandy's Tex-Mex Grill**.........................Bikini Bottom
Tastes so authentic, you'll think you're underwater in the Lone Star State.

**Patrick Star and Chips**.............................**Rasten**
Our simple recipe serves up a great big taste. Available stuffed or empty, baked or fried.

**Pearl's Oyster Bouillabaisse**...................Tiki Island
This whale of a soup is chock-full of everything a growing girl needs to keep growing and growing.

**SpongeBob's Sponge Cake**...............SpongeBoy
Light and delicious, this cake soaks up every bit of the tasty pineapple sauce topping it's served with. Or else it dries up and cracks.

**Special of the Day**
Bikini Bottom Regular, Bikini Bottom Light and SpongeBoy
free on disk

**Hey Kids!**
**Use Stone Sans for legal copy**

**BARNACLE (BOY!) BREW**...................COFFEE HOUSE
STEAMIN' SAUCE TO KEEP YOU WARM.

**Mermaid Man's Mmmm-Minestrone**..........................Reporter 2
Steamin' sauce to keep evil at bay.

## Body Copy Fonts

**Bubble Bassmati Rice and Beans**...................Apache
You'll be dancing the flamenco after a serving of this tasty dish! Available hot or aye aye caliente.

**Squidward's Calamari Casserole**.............Bikini Bottom Light
This casserole boasts a sweet potato crust. You've got to hand it to hand it to hand it to hand it to hand it to hand it to the creator of this epicurean delight!!

**Plankton's Pizza**........Stone Sans
Bite size, with your choice of toppings: chum bucket beef, rotten tomatoes or assorted ocean life.

**Employee of the Month**
SpongeBob SquarePants

Two must purchase fonts from the companies that created them with the exception of Bikini Bottom and SpongeBoy. We have supplied contacts. Please see the "Read Me" file on the enclosed disk.

39

40





APPX 40